

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/25/2008

IN RE: §
SUPERIOR OFFSHORE INTERNATIONAL, § CASE NO: 08-32590
INC. §
   Debtor(s) §
§ CHAPTER 11

## ORDER DENYING APPLICATION TO EMPLOY (doc #83) WITHOUT PREJUDICE

     The Unsecured Creditors' Committee has filed an application to approve employment of a professional.

     Rule 2014(a) of the Federal Rules of Bankruptcy Procedure requires certain disclosures in **BOTH** (i) the application to employ, and (ii) the verified statement accompanying the application. The specific language of the rule is:

> The application shall state . . . to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

     The Court has reviewed the applicable documents in this case and cannot conclude that the proper disclosure has been made. The application has adequate disclosure. The verified statement by counsel contains only limited disclosure.

     Therefore, the application is DENIED without prejudice to filing an amended application with the proper disclosure of all connections between the applicant and the debtor, creditors, any other party in interest, their respective attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee.

     The Court strongly recommends that both the application to employ and the accompanying verified statement use the precise language of the rule. Attempts to use variations of that language are usually inadequate.

      Neither applicant nor any other professional may seek compensation for filing any amended application to employ and professionals are ordered not to include time or charges or any claim for compensation for an amended application.

      SIGNED 06/24/2008.

                                                                                                 *Wesley W. Steen*

                                                                  Wesley W. Steen  
                                                                  United States Bankruptcy Judge