# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re: **SUPERIOR OFFSHORE INTERNATIONAL INC**
Case No. **08-32590**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

| LIQUIDITY SOLUTIONS, INC | **BR WELDING SUPPLY CO INC DBA TEMPLET & TEMPLET** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 485
Amount of Claim: **$475,000.00**
Date Claim Filed: 09-29-2009

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Michael Handler                    Date: 9/10/2009
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

497362

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re: **SUPERIOR OFFSHORE INTERNATIONAL INC**
Case No. **08-32590**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  **485**  (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/10/2009.

Liquidity Solutions Inc.

**BR WELDING SUPPLY CO INC**
**DBA TEMPLET & TEMPLET**

**Name of Transferee**

**Name of Alleged Transferor**

Address of Transferee:
One University Plaza

Address of Alleged Transferor:
**BR WELDING SUPPLY CO INC**
**DBA TEMPLET & TEMPLET**

Suite 312
Hackensack, NJ 07601

**4709 BLUEBONNET BLVD STE A**
**BATON ROUGE, LA 70809**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

497362

**TRANSFER NOTICE**

BR Welding Supply Co., Inc. dba Templet & Templet ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Superior Offshore International, Inc. ("Debtor"), in the aggregate amount of $475,000.00 (Claim No. 485) representing all unsecured claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 08-32590.

IN WITNESS WHEREOF, Assignor has signed below as of the _8th_ day of _September_, 2009.


BR Welding Supply Co., Inc.
dba Templet & Templet

By: _____
(Signature)

_M. W. TEMPLET (president)_
(Print Name and Title)


Liquidity Solutions, Inc.

_____
(Signature)

_Michael Handler_
(Print Name and Title)

497362