UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | CASE NO. 08-32590-H2-11 |
| INTERNATIONAL, INC. | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| H. MALCOLM LOVETT, JR., | § | |
| PLAN AGENT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary No. 09-3263 |
| | § | |
| LOUIS E. SCHAEFER, JR., | § | |
| SCHAEFER HOLDINGS, LP and | § | |
| SCHAEFER HOLDINGS, GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

H. Malcolm Lovett, Jr. (the "Plan Agent"), the Plan Agent under the confirmed First Amended Joint Chapter 11 Plan of Liquidation, and Louis E. Schaefer, Jr., Schaefer Holdings, LP and Schaefer Holdings GP, LLC (collectively, the "Schaefer Parties") file this Joint Stipulation of Dismissal.

The Plan Agent and the Schaefer Parties have resolved the issues that formed the basis of this adversary and the Plan Agent and the Schaefer Parties hereby dismiss this adversary with prejudice with each party to bear its respective fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure with prejudice.

Dated: January 21, 2010.

Respectfully submitted,

**Porter & Hedges, LLP**

/s/ David R. Jones

David R. Jones
State Bar No. 00786001/S.D. Tex. No. 16082
Joshua W. Wolfshohl
Texas State Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6653 (direct line)
(713) 226-6253 (direct fax)
**Attorneys for the Plan Agent**

and

**Bracewell & Giuliani LLP**

/s/ Trey Wood

Trey Wood
Texas Bar No. 21916050
Marcy E. Kurtz
Texas Bar No. 11768600
Tony L. Visage
Texas Bar No. 00788587
Chris Tillmans
Texas Bar No. 24060730
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
**Attorneys for Louis E. Schaefer, Jr., Schaefer Holdings, LP and Schaefer Holdings, GP, LLC.**

2