UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SUPERIOR OFFSHORE INTERNATIONAL, INC., | § § § § | CASE NO. 08-32590-H2-11 (Chapter 11) |
| Debtor. | § | |

## AGREED ORDER ON CLAIM OBJECTION
(Claim No. 259; Docket No. 1860)

1. Claim No. 259 filed by Thomas Christopher Patton is allowed as a general unsecured claim in the amount of $10,000 (the "Patton Claim"). The Patton Claim shall accrue no interest and shall be paid within 10 days of the entry date of this Agreed Order.

2. H. Malcolm Lovett, Jr. (the "Plan Agent") and Patton stipulate and agree that nothing in this Agreed Order or the confirmed First Amended Joint Chapter 11 Plan of Liquidation shall prohibit Patton from pursuing any and all remedies to which he might be entitled under the Debtor's pre-petition insurance policies.

SIGNED this _____ day of _____, 2010.

_____
THE HONORABLE WESLEY W. STEEN,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

_____
Counsel for H. Malcolm Lovett, Jr., Plan Agent

_____
Counsel for Thomas Christopher Patton