

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**03/02/2010**

| | | |
|---|---|---|
| IN RE: | § | |
| SUPERIOR OFFSHORE INTERNATIONAL, | § | CASE NO: 08-32590 |
| INC. | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER
## DENYING MOTION TO ALLOW CLAIMS FOR WANT OF PROSECUTION
## (DOC # 2153)

Docket # 2153 is M/V Marc, LLC's ("M/V Marc") motion for leave to file a late proof of claim. M/V Marc set the motion for hearing on March 1, 2010.

At that hearing, M/V Marc failed to make an appearance.

THEREFORE, IT IS ORDERED THAT,

M/V Marc's motion for leave to file a late proof of claim (docket # 2153) is DENIED for want of prosecution.

SIGNED 03/02/2010.

_____
Wesley W. Steen
United States Bankruptcy Judge