UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH FEBRUARY YEAR 2010

| MONTH | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 8,097 | 5,312 | 0 | 146,870 | 40,000 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 241,518 | 319,318 | 124,791 | 155,979 | 195,687 | 155,525 |
| TOTAL DISBURSEMENTS (MOR-8) | 3,855,959 | 1,029,743 | 415,363 | 25,227,088 | 1,007,701 | 737,848 |

*** The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee ***

| *REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE* | | *EXP. DATE* |
|---|---|---|
| *CASUALTY* | *YES ( ) NO (X)* | |
| *LIABILITY* | *YES (X) NO ( )* | *04/01/10* |
| *VEHICLE* | *YES ( ) NO (X)* | |
| *WORKER'S* | *YES ( ) NO (X)* | |
| *OTHER - DIRECTOR/OFFICER* | *YES ( ) NO (X)* | |

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes **(No)**

Are all post-petition liabilities, including taxes, being paid within terms? **(Yes)** No

Have any pre-petition liabilities been paid? **(Yes)** No If so, describe.
**Priority payment to certain employees pursuant to court order.**

Are all funds received being deposited into DIP bank accounts? Yes No **(N/A)**

Were any assets disposed of outside the normal course of business? **(Yes)** No

If so, describe. **Assets have been sold pursuant to bankruptcy court orders.**

Are all U.S. Trustee Quarterly Fee Payments current? **(Yes)** No

What is the status of your Plan of Reorganization? **First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.**

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED [signature]

TITLE Plan Agent

**MOR-1**

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC. CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 68,608,310 | 65,649,263 | 64,631,347 | 64,224,095 | 39,003,351 | 38,130,426 | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 477,533 | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | 131,303 | | 79,528,271 |
| 6. OTHER (attach list) | 419,379 | 11,827 | 8,111 | 6,345 | 3,473 | 17,933 | 3,847,930 |
| TOTAL RECEIPTS | 896,912 | 11,827 | 8,111 | 6,345 | 134,776 | 17,933 | 103,346,304 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (1) | 2,683,789 | 776 | 16,623 | - | - | 39,245 | 2,930,535 |
| 9. SECURED / RENTAL / LEASES | 1,617 | 1,617 | 1,617 | 1,617 | 1,617 | 1,617 | 263,229 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | - | - | - | - | - | 2,013,061 |
| 12. INVENTORY PURCHASES | - | - | - | - | - | - | - |
| 13. VEHICLE EXPENSES | - | - | - | - | - | - | - |
| 14. TRAVEL | - | 401 | - | - | - | - | 44,650 |
| 15. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 16. ADMINISTRATIVE & SELLING | 526 | 342 | 338 | 304 | 397 | 1,026 | 238,507 |
| 17. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 18. CONTRACT SERVICES | 8,241 | 6,932 | 1,907 | 2,950 | - | 33,773 | 742,796 |
| 19. OTHER (attach list) | - | - | - | - | - | - | 77,798 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,694,172 | 10,067 | 20,485 | 4,871 | 2,013 | 75,661 | 10,017,265 |
| 20. PROFESSIONAL FEES | 241,518 | 319,318 | 124,791 | 155,979 | 195,687 | 155,525 | 6,047,690 |
| 21. U.S. TRUSTEE FEES | - | 13,000 | - | - | 20,000 | - | 93,950 |
| 22. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 23. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 24. GENERAL UNSECURED DISTRIBUTIONS | 920,268 | 687,358 | 270,088 | 25,066,238 | 790,000 | 506,662 | 50,720,255 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,222,000 |
| 26. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 3,855,959 | 1,029,743 | 415,363 | 25,227,088 | 1,007,701 | 737,848 | 70,342,343 |
| 27. NET CASH FLOW | (2,959,047) | (1,017,916) | (407,252) | (25,220,744) | (872,925) | (719,915) | 33,003,927 |
| 28. CASH - END OF MONTH (mor-2) | 65,649,263 | 64,631,347 | 64,224,095 | 39,003,351 | 38,130,426 | 37,410,511 | 37,410,511 |

**MOR-7**

* applies to Individual debtor's only.

(1) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

**CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.** **CASE NUMBER: 08-32590-H2-11**

**OTHER RECEIPTS**

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|
| Interest Income | 8,140 | 7,909 | 8,111 | 6,311 | 3,473 | 2,933 |
| Miscellaneous | 54 | 26 | - | 34 | - | - |
| USI Insurance Refund | 411,184 | - | - | - | - | - |
| AIU Insurance Refund | - | 3,891 | - | - | - | - |
| James Mermis | - | - | - | - | - | 15,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Other Receipts** | 419,379 | 11,827 | 8,111 | 6,345 | 3,473 | 17,933 |

## CASH ACCOUNT RECONCILIATION
## MONTH OF FEBRUARY

| BANK NAME | JP Morgan Chase | JP Morgan Chase | JP Morgan Chase | JP Morgan Chase | JP Morgan Chase | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 704428283 | # 754495653 | # 796702645 | # 806022380 | |
| *ACCOUNT TYPE* | *PAYROLL* | *MASTER COLLECTION* | *DIP OPERATING* | *DIP MONEY MARKET* | *CLAIMS RESERVE* | *TOTAL* |
| BANK BALANCE | 9,380 | 0 | 249,262 | 35,782,293 | 359,074 | 37,476,756 |
| DEPOSIT IN TRANSIT | - | - | - | - | - | - |
| OUTSTANDING CHECKS | - | - | - | - | - | (66,245) |
| ADJUSTED BANK BALANCE | 9,380 | 0 | 249,262 | 35,782,293 | 359,074 | 37,410,511 |
| BEGINNING CASH - PER BOOKS | 9,380 | 0 | 249,625 | 33,353,761 | 2,784,804 | 38,130,426 |
| RECEIPTS | - | - | - | 2,594 | 209 | 17,933 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | 2,425,939 | (2,425,939) | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | - | - | (363) | - | - | (737,848) |
| ENDING CASH - PER BOOKS | 9,380 | 0 | 249,262 | 35,782,293 | 359,074 | 37,410,511 |

| BANK NAME | Amegy | Amegy | Amegy | Amegy | Amegy | Amegy |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 3847047 | # 3848523 | # 3847856 | # SUP02419 | # SUP02508 | # SUP03045 |
| *ACCOUNT TYPE* | *DIP DISBURSEMENT* | *DIP MONEY MARKET* | *RESERVED DISBURSEMENT* | *TREASURY BILL ACCOUNT* | *TREASURY BILL DISPUTED LIEN* | *TREASURY BILL CLAIMS RESERVE* |
| BANK BALANCE | 825,533 | 251,179 | 34 | 0 | 0 | 0 |
| DEPOSIT IN TRANSIT | - | - | - | - | - | - |
| OUTSTANDING CHECKS | (66,245) | - | - | - | - | - |
| ADJUSTED BANK BALANCE | 759,288 | 251,179 | 34 | 0 | 0 | 0 |
| BEGINNING CASH - PER BOOKS | 981,721 | 251,083 | 500,052 | 0 | 0 | 0 |
| RECEIPTS | 15,000 | 96 | 34 | - | - | - |
| TRANSFERS BETWEEN ACCOUNTS | 500,052 | - | (500,052) | - | - | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (737,485) | - | - | - | - | - |
| ENDING CASH - PER BOOKS | 759,288 | 251,179 | 34 | 0 | - | 0 |

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY |
|---|---|---|---|---|---|---|
| 1. David Weinhoffer/Former EVP/Class 5 Distribution | - | - | - | 32,979 | - | - |
| 2. Wayne M. Rose/Former SVP/Class 5 Distribution | - | - | - | 1,217 | - | - |
| 3. Randy Putman/Former CAO TX/Contract/Class 5 Distribution | 8,097 | 5,312 | - | 333 | - | - |
| 4. John Guarisco/Former VP CAO LA/Class 5 Distribution | - | - | - | 26,602 | - | - |
| 5. Robert Jaime Wise/Former VP HR/Class 5 Distribution | - | - | - | 6,675 | - | - |
| 6. Steven J. Singer/Former EVP GC & Secretary/ Class 5 Dist | - | - | - | 1,749 | - | - |
| 7. Thomas Daman/Former CFO/Class 5 Distribution | - | - | - | 1,525 | - | - |
| 8. Anthony Veraldi/Former CIO/ Class 5 Distribution | - | - | - | 7,142 | - | - |
| 9. Paul Giddens/Former SR VP HR/Class 5 Distribution | - | - | - | 2,160 | - | - |
| 10. E. Donald Terry/Former Pres., CEO, Director/Class 5 Dist | - | - | - | 23 | - | - |
| 11. Eric Smith/Former Director/Class 5 Distribution | - | - | - | 305 | - | - |
| 12. Jean-Pierre Fontanille/Former EVP/Class 5 Distribution | - | - | - | 26,159 | - | - |
| 13. James J. Mermis/Former Pres, CEO & Director/Class 5 Dist | - | - | - | 20,000 | - | - |
| 14. Roger D. Burks/Former EVP, CFO & Director/Class 5 Dist | - | - | - | 20,000 | - | - |
| 15. R. Joshua Koch, Jr./Former EVP, Gen Counsel,Sec,Director/Class 5 Dist | - | - | - | - | 20,000 | - |
| 16. Louis E. Schaefer, Jr./Former Board Chairman,Founder/Class 5 Dist | - | - | - | - | 20,000 | - |
| TOTAL INSIDERS (MOR-1) | 8,097 | 5,312 | - | 146,870 | 40,000 | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | 102,653 | 145,286 | 99,271 | - | 87,848 | 117,311 |
| 2. Strategic Capital Corporation | 42,603 | 100,227 | - | 118,255 | 64,822 | - |
| 3. Liskow & Lewis | 11,713 | 4,100 | 3,111 | 11,406 | 14,016 | 16,089 |
| 4. Heller, Draper, Hayden, Patrick & Horn, LLC | 5,761 | 7,831 | 4,900 | 6,758 | - | 3,393 |
| 5. Pannell Kerr Forster of Texas, PC | 60,983 | 47,172 | - | - | - | - |
| 6. Lowenstein Sandler, PC | 17,805 | 14,702 | 17,508 | 15,470 | 26,629 | 18,732 |
| 7. Klafter Olsen & Lesser, LLC | - | - | - | 4,090 | 2,373 | - |
| TOTAL PROFESSIONALS (MOR-1) | 241,518 | 319,318 | 124,791 | 155,979 | 195,687 | 155,525 |