UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY YEAR 2010

| MONTH | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 86,797 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 155,525 | 311,829 | 18,684 | 141,697 | 72,968 | 62,340 |
| TOTAL DISBURSEMENTS (MOR-8) | 737,848 | 489,542 | 3,806,847 | 144,278 | 80,610 | 76,771 |

*** The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent to the United States Trustee** ***

CIRCLE ONE
Are all accounts receivable being collected within terms?   Yes   (No)
Are all post-petition liabilities, including taxes, being paid within terms?   (Yes)   No
Have any pre-petition liabilities been paid?   (Yes)   No   If so, describe. **Distributions have been made pursuant to the Plan.**
Are all funds received being deposited into DIP bank accounts?   Yes   No   (N/A)
Were any assets disposed of outside the normal course of business?   (Yes)   No
If so, describe. **Assets have been sold pursuant to bankruptcy court orders.**
Are all U.S. Trustee Quarterly Fee Payments current?   (Yes)   No
What is the status of your Plan of Reorganization?   **First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.**

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
TITLE _____ Plan Agent

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/11 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

MOR-1

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 38,130,426 | 37,410,511 | 36,924,388 | 33,120,621 | 32,978,843 | 32,901,138 | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | | | 79,528,271 |
| 6. OTHER (attach list) | 17,933 | 3,419 | 3,080 | 2,500 | 2,905 | 2,641 | 3,862,474 |
| TOTAL RECEIPTS | 17,933 | 3,419 | 3,080 | 2,500 | 2,905 | 2,641 | 103,360,848 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (1) | 39,245 | 100 | 1,634 | - | - | 1,463 | 2,933,731 |
| 9. SECURED / RENTAL / LEASES | 1,617 | 1,704 | 1,714 | 1,714 | 1,731 | - | 270,091 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | 7,387 | - | - | - | - | 2,020,448 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 1,026 | 2,938 | 1,938 | 723 | 911 | 988 | 246,005 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | 33,773 | 19,530 | - | 144 | 5,000 | 1,580 | 769,050 |
| 17. OTHER (attach list) | - | - | - | - | - | - | 77,798 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 75,661 | 31,659 | 5,285 | 2,580 | 7,642 | 4,031 | 10,068,462 |
| 18. PROFESSIONAL FEES | 155,525 | 311,829 | 18,684 | 141,697 | 72,968 | 62,340 | 6,655,208 |
| 19. U.S. TRUSTEE FEES | - | - | 9,750 | - | - | 10,400 | 114,100 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | 506,662 | 66,341 | - | - | - | - | 50,786,597 |
| 23. CLASS 6 DISTRIBUTION | - | - | 36,384 | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | - | - | 3,736,744 | - | - | - | 3,736,744 |
| 25. SETTLEMENT PAYMENTS | - | 79,714 | - | - | - | - | 1,301,714 |
| 26. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 737,848 | 489,542 | 3,806,847 | 144,278 | 80,610 | 76,771 | 74,940,391 |
| 27. NET CASH FLOW | (719,915) | (486,123) | (3,803,767) | (141,778) | (77,705) | (74,131) | 28,420,423 |
| 28. CASH - END OF MONTH (mor-2) | 37,410,511 | 36,924,388 | 33,120,621 | 32,978,843 | 32,901,138 | 32,827,007 | 32,827,007 |

MOR-7

* applies to Individual debtor's only.

(1) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

OTHER RECEIPTS

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|
| Interest Income | 2,933 | 3,396 | 2,922 | 2,475 | 2,905 | 2,641 |
| Miscellaneous | - | 23 | 158 | 25 | - | - |
| James Mermis | 15,000 | - | - | - | - | - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Receipts | 17,933 | 3,419 | 3,080 | 2,500 | 2,905 | 2,641 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.
08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF JULY

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | |
| *ACCOUNT TYPE* | *PAYROLL* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | *TOTAL* |
| BANK BALANCE | 249,110 | 31,780,875 | 857,572 | 32,887,558 |
| DEPOSIT IN TRANSIT | - | - | - | - |
| OUTSTANDING CHECKS | - | - | (60,550) | (60,550) |
| ADJUSTED BANK BALANCE | 249,110 | 31,780,875 | 797,022 | 32,827,007 |
| BEGINNING CASH - PER BOOKS | 249,367 | 31,778,235 | 873,536 | 32,901,138 |
| RECEIPTS | - | 2,641 | - | 2,641 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (257) | - | (76,514) | (76,771) |
| ENDING CASH - PER BOOKS | 249,110 | 31,780,875 | 797,022 | 32,827,007 |

MOR-8

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY |
|---|---|---|---|---|---|---|
| 1. David Weinhoffer/Former EVP/Class 5 Distribution/Interest | - | - | 29,063 | - | - | - |
| 2. Wayne M. Rose/Former SVP/Class 5 Distribution/Interest | - | - | 844 | - | - | - |
| 3. Randy Putman/Former CAO TX/Contract/Class 5 Distribution/Interest | - | - | 219 | - | - | - |
| 4. John Guarisco/Former VP CAO LA/Class 5 Distribution/Interest | - | - | 25,262 | - | - | - |
| 5. Robert Jaime Wise/Former VP HR/Class 5 Distribution/Interest | - | - | 5,398 | - | - | - |
| 6. Steven J. Singer/Former EVP GC & Secretary/ Class 5 Dist/Interest | - | - | 1,326 | - | - | - |
| 7. Thomas Daman/Former CFO/Class 5 Distribution/Interest | - | - | 988 | - | - | - |
| 8. Anthony Veraldi/Former CIO/ Class 5 Distribution/Interest | - | - | 5,524 | - | - | - |
| 9. Paul Giddens/Former SR VP HR/Class 5 Distribution/Interest | - | - | 1,629 | - | - | - |
| 10. E. Donald Terry/Former Pres., CEO, Director/Class 5 Dist/Interest | - | - | 13 | - | - | - |
| 11. Eric Smith/Former Director/Class 5 Distribution/Interest | - | - | 161 | - | - | - |
| 12. Jean-Pierre Fontanille/Former EVP/Class 5 Distribution/Interest | - | - | 16,370 | - | - | - |
| 13. R. Joshua Koch, Jr./Former EVP, Gen Counsel,Sec,Director/Class 5 Dist | - | - | - | - | - | - |
| 14. Louis E. Schaefer, Jr./Former Board Chairman,Founder/Class 5 Dist | - | - | - | - | - | - |
| TOTAL INSIDERS (MOR-1) | - | - | 86,797 | - | - | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | 117,311 | 164,543 | - | 38,411 | 36,753 | - |
| 2. Strategic Capital Corporation | - | 113,684 | - | 90,323 | - | 37,153 |
| 3. Liskow & Lewis | 16,089 | 17,854 | - | 1,480 | 4,245 | - |
| 4. Heller, Draper, Hayden, Patrick & Horn, LLC | 3,393 | 184 | - | 246 | - | - |
| 5. Pannell Kerr Forster of Texas, PC | - | - | - | - | 31,970 | - |
| 6. Lowenstein Sandler, PC | 18,732 | 15,564 | 18,684 | 11,237 | - | 25,187 |
| 7. Klafter Olsen & Lesser, LLC | - | - | - | - | - | - |
| TOTAL PROFESSIONALS (MOR-1) | 155,525 | 311,829 | 18,684 | 141,697 | 72,968 | 62,340 |

MOR-9