UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH SEPTEMBER YEAR 2010

| MONTH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 86,797 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 18,684 | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 |
| TOTAL DISBURSEMENTS (MOR-8) | 3,806,847 | 144,278 | 80,610 | 76,771 | 61,191 | 44,653 |

*** The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent to the United States Trustee** ***

| | CIRCLE ONE | |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes (No) | |
| Are all post-petition liabilities, including taxes, being paid within terms? | (Yes) No | If so, describe. |
| Have any pre-petition liabilities been paid? | (Yes) No | If so, describe. |
| **Distributions have been made pursuant to the Plan.** | | |
| Are all funds received being deposited into DIP bank accounts? | Yes No (N/A) | |
| Were any assets disposed of outside the normal course of business? | (Yes) No | |
| If so, describe. **Assets have been sold pursuant to bankruptcy court orders.** | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) No | |

What is the status of your Plan of Reorganization? **First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/11 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____

TITLE _____ Plan Agent

MOR-1

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  
CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 36,924,388 | 33,120,621 | 32,978,843 | 32,901,138 | 32,827,007 | 32,772,525 | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | 3,500 | 217 | 79,531,988 |
| 6. OTHER (attach list) | 3,080 | 2,500 | 2,905 | 2,641 | 3,208 | 895,084 | 4,760,766 |
| TOTAL RECEIPTS | 3,080 | 2,500 | 2,905 | 2,641 | 6,708 | 895,300 | 104,262,856 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (1) | 1,634 | - | - | 1,463 | - | - | 2,933,731 |
| 9. SECURED / RENTAL / LEASES | 1,714 | 1,714 | 1,731 | - | 2,067 | 2,067 | 274,225 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | - | - | - | - | - | 2,020,448 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 1,938 | 723 | 911 | 988 | 259 | 1,070 | 247,334 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | - | 144 | 5,000 | 1,580 | - | - | 769,050 |
| 17. OTHER (attach list) | - | - | - | 4,031 | 4,429 | - | 82,227 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 5,285 | 2,580 | 7,642 | 4,031 | 6,756 | 3,137 | 10,078,354 |
| 18. PROFESSIONAL FEES | 18,684 | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 | 6,784,111 |
| 19. U.S. TRUSTEE FEES | 9,750 | - | - | 10,400 | - | - | 114,100 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | - | - | - | - | (3,981) | - | 50,782,615 |
| 23. CLASS 6 DISTRIBUTION | 36,384 | - | - | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | 3,736,744 | - | - | - | (28,969) | - | 3,707,774 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,301,714 |
| 26. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 3,806,847 | 144,278 | 80,610 | 76,771 | 61,191 | 44,653 | 75,046,235 |
| 27. NET CASH FLOW | (3,803,767) | (141,778) | (77,705) | (74,131) | (54,482) | 850,647 | 29,216,588 |
| 28. CASH - END OF MONTH (mor-2) | 33,120,621 | 32,978,843 | 32,901,138 | 32,827,007 | 32,772,525 | 33,623,172 | 33,623,172 |

MOR-7

\* applies to Individual debtor's only.

(1) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## OTHER RECEIPTS

| | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|
| Interest Income | 2,922 | 2,475 | 2,905 | 2,641 | 2,817 | 2,641 |
| Miscellaneous | 158 | 25 | - | - | - | 444 |
| IRS Refund | - | - | - | - | 391 | 375 |
| IRS Refund 2004 Form 1120 | - | - | - | - | - | 445,557 |
| IRS Refund 2005 Form 1120 | - | - | - | - | - | 443,393 |
| Distribution from Torch Offshore Case #05-10137 | - | - | - | - | - | 2,674 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Receipts | 3,080 | 2,500 | 2,905 | 2,641 | 3,208 | 895,084 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## OTHER DISBURSEMENTS

| | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|
| Flowers Transfer (move records Lafayette to Houston) | - | - | - | - | 4,429 | - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Disbursements | - | - | - | - | 4,429 | - |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF SEPTEMBER

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | | |
| ACCOUNT TYPE | *DISBURSEMENT* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | | |
| BANK BALANCE | 248,591 | 31,786,334 | 1,588,247 | | 33,623,172 |
| DEPOSIT IN TRANSIT | - | - | - | | - |
| OUTSTANDING CHECKS | - | - | - | | - |
| ADJUSTED BANK BALANCE | 248,591 | 31,786,334 | 1,588,247 | | 33,623,172 |
| BEGINNING CASH - PER BOOKS | 248,851 | 31,783,692 | 739,982 | | 32,772,525 |
| RECEIPTS | - | 2,641 | 892,659 | | 895,300 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | | - |
| CHECKS / OTHER DISBURSEMENTS | (259) | - | (44,394) | | (44,653) |
| ENDING CASH - PER BOOKS | 248,591 | 31,786,334 | 1,588,247 | | 33,623,172 |

MOR-8

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  
CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER |
|---|---|---|---|---|---|---|
| 1. David Weinhoffer/Former EVP/Class 5 Distribution/Interest | 29,063 | - | - | - | - | - |
| 2. Wayne M. Rose/Former SVP/Class 5 Distribution/Interest | 844 | - | - | - | - | - |
| 3. Randy Putman/Former CAO TX/Contract/Class 5 Distribution/Interest | 219 | - | - | - | - | - |
| 4. John Guarisco/Former VP CAO LA/Class 5 Distribution/Interest | 25,262 | - | - | - | - | - |
| 5. Robert Jaime Wise/Former VP HR/Class 5 Distribution/Interest | 5,398 | - | - | - | - | - |
| 6. Steven J. Singer/Former EVP GC & Secretary/ Class 5 Dist/Interest | 1,326 | - | - | - | - | - |
| 7. Thomas Daman/Former CFO/Class 5 Distribution/Interest | 988 | - | - | - | - | - |
| 8. Anthony Veraldi/Former CIO/ Class 5 Distribution/Interest | 5,524 | - | - | - | - | - |
| 9. Paul Giddens/Former SR VP HR/Class 5 Distribution/Interest | 1,629 | - | - | - | - | - |
| 10. E. Donald Terry/Former Pres., CEO, Director/Class 5 Dist/Interest | 13 | - | - | - | - | - |
| 11. Eric Smith/Former Director/Class 5 Distribution/Interest | 161 | - | - | - | - | - |
| 12. Jean-Pierre Fontaniille/Former EVP/Class 5 Distribution/Interest | 16,370 | - | - | - | - | - |
| 13. R. Joshua Koch, Jr./Former EVP, Gen Counsel,Sec,Director/Class 5 Dist | - | - | - | - | - | - |
| 14. Louis E. Schaefer, Jr./Former Board Chairman,Founder/Class 5 Dist | - | - | - | - | - | - |
| TOTAL INSIDERS (MOR-1) | 86,797 | - | - | - | - | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | - | 38,411 | 36,753 | - | 55,415 | - |
| 2. Strategic Capital Corporation | - | 90,323 | - | 37,153 | 12,020 | 16,920 |
| 3. Listkow & Lewis | - | 1,480 | 4,245 | - | - | 370 |
| 4. Heller, Draper, Hayden, Patrick & Horn, LLC | - | 246 | - | - | - | - |
| 5. Pannell Kerr Forster of Texas, PC | - | - | 31,970 | - | - | 10,804 |
| 6. Lowenstein Sandler, PC | 18,684 | 11,237 | - | 25,187 | 19,951 | 13,423 |
| 7. Klafter Olsen & Lesser, LLC | - | - | - | - | - | - |
| TOTAL PROFESSIONALS (MOR-1) | 18,684 | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 |

MOR-9