# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | Case No. 08-32590-H2-11 |
| INTERNATIONAL, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### JOINT MOTION TO (I) APPROVE PROCEDURE TO DETERMINE HOLDERS OF CLASS 8 INTERESTS; AND (II) ESTABLISH A BAR DATE AND NOTICING PROCEDURES FOR CLASS 8 INTERESTS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Wesley W. Steen,**
**United States Bankruptcy Judge:**

H. Malcolm Lovett, Jr., the plan agent under the confirmed plan of liquidation, (the "Plan Agent"), and the Post-Confirmation Committee (the "PCC") file this Joint Motion (the "Motion") to (i) Approve Procedure to Determine Holders of Class 8 Interests; and (ii) Establish a Bar Date and Noticing Procedures for Class 8 Interests.

### Nature of the Motion

1.      The Plan Agent and the PCC seek an order (i) approving a procedure to determine the holders of Class 8 Interests under the confirmed First Amended Joint Chapter 11 Plan of

Liquidation (the "Plan"); and (ii) establishing a bar date and noticing procedures for Class 8 Interests.

## Relevant Background

2.      Prior to bankruptcy, the Debtor's common stock traded on the Nasdaq stock exchange.  On April 19, 2008, the Debtor received a letter from Nasdaq stating that due to the Debtor's failure to file its Form 10-K for the period ended December 31, 2007, the Debtor's shares would be suspended from further trading effective April 28, 2008.  Nasdaq subsequently delisted the Debtor's stock.  Significant trading in the Debtor's stock continued both pre- and post-petition.

3.      On April 24, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      By Order entered July 28, 2008, the Court established a bar date for filing proofs of claim (the "Bar Date Order") [Docket No. 671].  With respect to proofs of interest, the Order states as follows:

> Any entity holding an interest in the Debtor (an "Interest Holder"), which interest is based exclusively upon the ownership of common stock (the "Interest"), need not file a proof of interest on or before the Bar Date or any government bar date, as applicable; …. The Debtor reserves the right to establish at a later time a bar date requiring Interest Holders to file proofs of interest. If such a bar date is established, Interest Holders will be notified of the bar date for filing of proofs of interest at the appropriate time.

5.      On January 28, 2009, the Court entered an order confirming the First Amended Joint Chapter 11 Plan of Liquidation (the "Plan").  The Plan became effective on February 11, 2009.  Pursuant to the Plan, all creditors in Classes 1-6 have been paid in full with interest.[1] Equity interests in the Debtor are classified as Class 8 – Interests.

---

[1]    Class 7 – Subordinated Securities Claims is comprised primarily of a proof of claim filed on behalf of a putative class in a pending securities fraud lawsuit before Judge Atlas (the "Securities Litigation") pending before the U.S. District Judge Nancy Atlas.  The Debtor is not a party to the Securities Litigation.  Judge Atlas denied certification of the class and then subsequently withdrew her order at the request of the parties to the litigation in order to facilitate settlement discussions.  Pleadings have been recently filed indicating that a "memorandum of understanding" has been negotiated and executed settling the Securities Litigation subject to final approval by Judge Atlas.

6.      The Plan Agent is currently holding approximately $30 million in cash.  The Plan Agent is currently seeking additional tax refunds and the PCC is pursuing claims against some of the Debtors' former officers and directors.  The Plan Agent will continue to pay the fees and expenses of his tax, legal and other professionals as well as those of the PCC.  The Plan Agent intends to establish certain professional fee reserves out of any additional tax refunds that are received.  Such funds will be paid only with the approval of the PCC.  The Plan Agent believes that a significant distribution will be made to holders of Class 8 – Interests.

7.      Under the Plan, the record date for Class 8 – Interests is defined in Article 8.6.1 as follows:

8.6.1   Record Date for Claims and Equity Interests.  . . . The record date for Distributions to Allowed Interests under this Plan shall be the Equity Interest Record Date.  For purposes of Distributions on account of Equity Interests, the Plan Agent will rely on the relevant stock transfer ledger(s) as of the Equity Interest Record Date.

8.      The definition of Equity Interest Record is set forth under Article 1.45 of the Plan:

1.45   Equity Interest Record Date.  The Effective Date, unless otherwise ordered by the Bankruptcy Court, which shall serve as the record date for purposes of Distributions to Allowed Interests and Allowed Subordinated Interests under the Plan.

9.      The treatment of Class 8 – Interests is set forth under Article 5.5 of the Plan:

5.5   Class 8 – Interests.  All Equity Interests shall be canceled as of the Effective Date.  Holders of Allowed Equity Interests shall receive a Pro-Rata share with all Allowed Class 7 Claims remaining after application of any available insurance proceeds of all remaining Available Cash and Plan Agent Recovery after payment in full, with interest as provided herein, of all Class 1, 2, 3, 4, 5 and 6 Claims.  The Post-Confirmation Equity Subcommittee will file a motion with the Bankruptcy Court seeking to establish distribution procedures and rights relative to Class 7 Claims and Class 8 Interests.

10.      On the Effective Date, the Plan Agent notified the Debtor's transfer agent that all shares of the Debtor's common stock had been cancelled under the Plan.  The Plan Agent also obtained a Deposit Trust Company ("DTC") Stock Position Report as of the close of business on February 11, 2009 (the "DTC Report").  The DTC Report reflects that substantially all shares of

the Debtor's common stock were held in street name and maintained electronically by various institutions on the Effective Date.

11.      The Plan Agent is aware, however, that after the Effective Date, the Debtor's stock continued to trade.[2]   At present, the Plan Agent and the PCC have little confidence that the DTC Report is currently accurate.   Accordingly, the Plan Agent and the PCC have filed this Motion to establish a procedure to determine the identity of the Debtor's current shareholders and to set a bar date for filing proofs of interest to ensure that accurate distributions are made to current Class 8 holders.

### Request for a Bar Date

12.      The Plan Agent and the PCC request that the Court enter an order establishing January 31, 2011 (the "Class 8 Bar Date") as the deadline for filing proofs of interest for Class 8 – Interests (the "Class 8 Bar Date Order").   The Class 8 Bar Date Order will be served on all shareholders reflected on the DTC Report.   In addition, the Plan Agent will publish a notice in the Houston Chronicle, the Times Picayune and the Wall Street Journal.   The Plan Agent's proposed form of notice is attached as **Exhibit 1**.   The notice will be published at least twice in the identified daily newspapers.   The first newspaper publication shall occur within 30 days of the entry date of an order approving this Motion.

13.      The Plan Agent and the PCC believe that the foregoing process will provide the greatest opportunity to provide notice to all holders of Class 8 – Interests, known and unknown. The Plan Agent and the PCC request that the Class 8 Bar Date Order (i) deem the proposed publication notice procedure to be adequate notice of the bar date; and (ii) provide that any equity interest holder, known or unknown, that fails to file a proof of interest in accordance with

---

[2]    The Plan Agent and the PCC do not understand how this practically occurred since the Debtor's stock was cancelled on the Effective Date.  This continued trading is one of the motivating factors underlying this motion.

the procedures outlined herein shall have its claim to a Class 8 – Interest disallowed and is forever barred from receiving any distribution under the Plan.

## Procedure for Filing a Proof of Interest

14.     The Plan Agent and the PCC request that the Court approve the following process for filing a proof of interest:

- On or before the Class 8 Bar Date, each current holder of a Class 8 – Equity Interest must submit to the Plan Agent an original and completed proof of interest using the form attached hereto as **Exhibit 2**.  The proof of interest must be accompanied by a stock certificate, brokerage statement or other documentary proof reflecting the interest holder's ownership as of the date of the proof of interest.

- The completed original proof of interest and accompanying documentation must be actually received by H. Malcolm Lovett, Jr., Plan Agent, c/o David R. Jones, Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, Texas 77002 by 5:00 p.m. (Houston Time) on the Class 8 Bar Date.  Facsimile and electronic mail copies will not be accepted.

- Proofs of interest that are not timely filed or signed and supported by a stock certificate, brokerage statement or other appropriate documentation reflecting the interest holder's ownership as of the date of the proof of interest will be ineffective to assert a Class 8 – Interest.  The failure to timely follow the foregoing procedure shall result in the automatic disallowance of the Class 8 – Interest and the holder of such interest is forever barred from receiving any distribution under the Plan.

## Relief Requested

The Plan Agent and the PCC request that the Court (i) establish a bar date and approve the notice procedures set forth above; (ii) approve the above-stated procedure for filing a proof of interest; and (iii) grant such other relief as set forth above.

**Dated: November 8, 2010.**

**Porter & Hedges, L.L.P.**

By: _____

David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan
Agent**

**Lowenstein Sandler PC**

By:  Michael S. Etkin w/permission DRJ
_____

Michael S. Etkin
(Admitted Pro Hac Vice)
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
**Counsel for the Post-Confirmation
Committee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument shall be duly served (i) by first class mail to all of the parties listed on the attached Service List; and (ii) by electronic transmission to all registered ECF users appearing in this case on November 8, 2010.

_____
David R. Jones

# EXHIBIT 1

## NOTICE OF DEADLINE FOR FILING PROOFS OF INTEREST

To All Equity Interest Owners of Superior Offshore International, Inc.:

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") has established **January 31, 2011** as the last day for all persons and entities holding equity interests in Superior Offshore International, Inc. to file a written proof of interest.

**ANY EQUITY INTEREST HOLDER WHO FAILS TO FILE A PROOF OF INTEREST IN ACCORDANCE WITH THE BANKRUPTCY COURT'S ORDER BY JANUARY 31, 2011 SHALL BE FOREVER BARRED FROM ASSERTING SUCH INTEREST AND SHALL NOT BE PERMITTED TO PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE ON ACCOUNT OF SUCH INTEREST.  YOU MAY OBTAIN A COPY OF THE BANKRUPTCY COURT'S ORDER AND PROOF OF INTEREST FORM BY CONTACTING DAVID R. JONES, COUNSEL FOR THE PLAN AGENT AT (713) 226-6652 OR djones@porterhedges.com. YOUR FAILURE TO TIMELY ACT WILL SIGNIFICANTLY AFFECT YOUR RIGHTS AS AN EQUITY INTEREST HOLDER. YOU ARE ENCOURAGED TO CONSULT WITH A QUALIFIED ATTORNEY REGARDING YOUR RIGHTS.**

# EXHIBIT 2

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | PROOF OF INTEREST |
| --- | --- |

**Name of Debtor:**

**Superior Offshore International, Inc.**

Case Number 08-32590

Your Interest is recorded as:

Account ID: _____

Member Interest: _____

Name of Equity Security Holder:

_____

_____

_____

_____

**Telephone :** _____

☐ Check box if you are aware that anyone else has filed a proof of interest relating to the shares of the Debtor's common stock that you assert an interest in.  Please attached an explanation giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the Plan Agent.

Name and Address Where the Completed Proof of Interest Should Be Sent:

H. Malcolm Lovett, Jr., Plan Agent
c/o David R. Jones
Porter & Hedges, L.L.P.
1000 Main, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000

THIS SPACE IS FOR COURT USE ONLY

1.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

_____

_____

_____

_____

2.  Date you Acquired your Equity Interest:

_____

3.  Stockholder is the holder of _____ shares of the Debtor's common stock represented by certificate no(s)._____,

_____, _____, _____, _____.

4.   If your claim to an equity interest is based on something other than ownership of common stock, please describe that interest: _____

5.  **PLEASE ATTACHED COPIES OF YOUR STOCK CERTIFICATES, CURRENT BROKERAGE STATEMENT OR OTHER DOCUMENTS REFLECTING YOUR OWNERSHIP.**

Upon completion of this form, you are certifying that the statements herein are true.

6.    DATE-STAMPED COPY:  To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

THIS SPACE IS FOR COURT USE ONLY

Date:

Sign and print the name and title, if any, of the equity security holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

_____

## SERVICE LIST

H. Malcolm Lovett, Jr.
Strategic Capital Corporation
520 Post Oak Blvd., Suite 320
Houston, TX 77027

Hector Duran
Office of the United States Trustee
515 Rusk, Room 3516
Houston, TX 77002

Eric Smith
Tulane University
7 McAlister Dr., GWHII, Mezz
New Orleans, LA 70118

Department of the Treasury – IRS
1919 Smith Street, Stop 5022HOU
Houston, Texas 77002

Office of the Attorney General
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Ave. NW
Washington, D.C. 20530

Office of the U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114

**Counsel for Post-Confirmation
Committee**
Michael S. Etkin
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

**Post-Confirmation Committee**
Claire Davis
200 Crescent Court, Suite 1150
Dallas, TX 75201

Michael Parker
Atlas Allocation Fund, L.P.
8214 Westchester, Suite 650
Dallas, TX 75225

Shelley Bush Marmon
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

David S. Bland/Robert P. Vining
LeBlanc Bland, PLLC
1717 St. James Place, Suite 360
Houston, TX 77056

Joseph G. Epstein
Winstead PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

Lawrence Rothenberg
9525 Katy Freeway, Suite 300
Houston, TX 77024

Glenn R. LeMay
Gordon & Rees, LLP
1900 West Loop South, Suite 1000
Houston, TX 77027

Peter Ito
Gordon & Rees, LLP
370 Seventeenth Street, Suite 4450
Denver, CO 80202

Keavin McDonald
Law Office of Keavin D. McDonald, P.C.
4543 Post Oak Place Dr., Suite 106
Houston, TX 77027

Clyde A. Pine, Jr.
Mounce Green Myers Safi Paxson Galatzan
P.O. Drawer 1977
El Paso, TX 79950-1977

2070680v1

Christopher Adams/Matthew S. Okin
Okin & Adams, LLP
1113 Vine St., Suite 201
Houston, TX 77002

John F. Unger
Royston, Rayzor, Vickery & Williams
1001 McKinney, Suite 1100
Houston, TX 77002-6418

John W. Kolwe
Longman Russo, APLC
P.O. Box 3408
Lafayette, LA 70502-3408

Art Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswood, TX 77546

Lewis S. Kahn
Kahn, Gauthier, Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Kim E. Miller
Kahn, Gauthier, Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Louis M. Phillips/Brandon A. Brown
Gordon Arata McCollam Duplantis
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

Henry A. King/Robert C. Scruggs
King, Krebs & Jurgens, PLLC
6363 Woodway, Suite 820-A
Houston, TX 77057

Robert L. Broussard
Durio, McGoffin, Stagg & Ackermann
220 Heymann Boulevard
P.O. Box 51308
Lafayette, LA 70505-1308

Susan C. Matthews
Adams and Reese, LLP
1221 McKinney, Suite 4400
Houston, TX 77010

J. Fredrick Kessenich/Jon Van Steenis
Daigle, Fisse & Kessenich
227 Highway 21
Madisonville, LA 70447

Fortis Capital Corp.
520 Madison Avenue, 3rd Floor
New York, NY 10022

JP Morgan Chase
2200 Ross Avenue, 6th Floor
Dallas, TX 75201

Rupert P. Hansen
Cox, Wootton, Griffin, Hansen & Poulos
190 The Embarcadero
San Francisco, CA 94105

Douglas S. Draper
Heller, Draper, Hayden, Patrick & Horn
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

R. Frederick Linfesty
745 Atlantic Avenue, 10th Floor
Boston, MA 02110

Scott J. Scofield
Scofield, Gerard Singletary & Pohorelsky
901 Lakeshore Drive, Suite 900
Lake Charles, LA 70601

Kevin P. Walters
Chaffe McCall, LLP
815 Walker Street, Suite 953
Houston, TX 77002

William H. Seele
Julian & Seele, P.C.
11767 Katy Freeway, Suite 350
Houston, TX 77079-1735

Eric J. Taube
Hohmann, Taube & Summers, LLP
100 Congress Ave., 18th Floor
Austin, TX 78701

Norman C. Sullivan, Jr.
Fowler Rodriguez Valdes-Fauli
400 Poydras Street, 30th Floor
New Orleans, LA 70130

Janet Casciato-Northrup/Heather McIntyre
Hughes Watters Askanase, LLP
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002

John H. Genovese/Glenn D. Moses
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131

Thomas A. Zabel/Holly Dobbs Arnold
Zabel Freeman
420 Heights Boulevard
Houston, TX 77007

David L. Colvin
Colvin Law Firm
230 Huey P. Long Avenue
Gretna, LA 70053

L&L Ironworks, LLC
P.O. Box 454
Harvey, LA 70059-0454

Anthony D. Branca
Woodstock Financial Group, Inc.
117 Towne Lake Pky Suite 200
Woodstock, GA 30188

Stanwood R. Duval
101 Wilson Avenue
P.O. Box 3017
Houma, LA 70361

Robert Osmundson
1413 Cactus Court
Ft. Collins, CO 80525

GOLDMAN
VANESSA CAMARDO
30 HUDSON STREET
JERSEY CITY  NJ 07302

BROWN BROTHERS
DOROTA MALKIEWICZ
525 WASHINGTON BLVD
NEW PORT TOWERS
JERSEY CITY  NJ 07302

SWISS AME
JANICA  BRINK
12 EAST 49TH STREET
41ST FLOOR
NEW YORK  NY 10017

MSC/RETAIL
JOHN STAHLMAN
HARBORSIDE FINANCIAL CENTER
PLAZA 3, 4TH FLOOR
JERSEY CITY  NJ 07311

JEFFERIES
CHARLES ERRIGO
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3
JERSEY CITY, NJ 07311

NATIXIS
JOHN CLEMENTE
1345 AVE OF THE AMERICAS
NEW YORK, NY 10105-4300

FERRIS,B.W
GAIL TIGGLE
8403 COLESVILLE ROAD, SUITE 900
SILVER SPRING  MD 20910

BNP PARIB
HELEN KELLY
555 CROTON ROAD
KING OF PRUSSIA  PA 19406

MORGAN STN
MICHELLE FORD
901 SOUTH BOND ST, 6TH FL
BALTIMORE  MD 21231

LEGENT LLC
SHAWN BROWN
9300 UNDERWOOD AVE., SUITE 400
OMAHA  NE 68114

JONES E D
CHERYL BOSEMAN
700 MARYVILLE CENTER DRIVE
ST LOUIS  MO 63141

JP MORGAN
ERIC ALSOP
500 STANTON CHRISTIANA RD
NEWARK  DE 19713

LEHMAN BRO
JIM GARDINER REORG
70 HUDSON
JERSEY CITY  NJ 07302

LPL FIN CO
ROSANN TANNER
9785 TOWNE CTR DRIVE
SAN DIEGO  CA 92121-1968

MS SEC SVS
DAN SPADACCINI
901 SOUTH BOND STREET, 6TH FLOOR
BALTIMORE, MD 21231

WEDBUSH
ALICIA GONZALES
1000 WILSHIRE BLVD
LOS ANGELES  CA 90017

GENESIS
BOB NAZARIO
50 BROAD STREET 2ND FLOOR
NEW YORK  NY 10004

FIRST CLEAR
KRISTIE DANIEL
ONE NORTH JEFFERSON STR
ST. LOUIS, MO 63103

RIDGE CLEA
MATT FREIFELD
55 WATER ST, 32ND FLOOR
NEW YORK,  NY 10041

MERRIL
VERONICA E. O'NEILL
101 HUDSON ST 9TH FL
JERSEY CITY  NJ 07302

CHS SCHWAB
RONNIE FUIAVA
ATTN PROXY DEPARTMENT
211 MAIN STREET
SAN FRANCISCO  CA 94105

TD AMERITRADE
GARY SWAIN
1005 AMERITRADE PLACE
BELLEVUE, NE 68005

1ST CLR/WA
JULIE IJAMES
ONE NORTH JEFFERSON AVENUE
ST. LOUIS,  MO 63103

AM ENT SV
REBECCA STRAND
2178 AXP FINANCIAL CENTER
MINNEAPOLIS  MN 55474

UBS FINAN
JANE  FLOOD
1200 HARBOR BLVD
WEEHAWKEN  NJ 07086

NFS LLC
LOU TREZZA
200 LIBERTY STREET
NEW YORK CITY  NY 10281

PENSON FIN
JAMES MCGRATH
1700 PACIFIC AVENUE SUITE 1400
DALLAS  TX 75201

RBCCAPMKTS
STEVE SCHAFER SR
510 MARQUETTE AVE SOUTH
MINNEAPOLIS  MN 55402

MAPLE SEC
MARK  ELLIOTT
10 EXCHANGE PL SUITE 2600
JERSEY CITY  NJ 07302

TRADESTATN
RICK GORDON
8050 SW 10TH STREET SUITE 2000
PLANTATION  FL 33324

SOUTHWEST
CHRISTINA FINZEN
1201 ELM STREET SUITE 3700
DALLAS  TX 75270

US BANCORP
KATHY DABRUZZI
60 LIVINGSTON AVE
EP-MN-WN2H
ST. PAUL,  MN 55107-1419

WIL-DAV
BILL  WALKER
236 SOUTH MAIN STREET
SALT LAKE CITY  UT 84101

SG AMERICA
PETE SCAVONE
1221 AVENUE OF THE AMERICAS
NEW YORK  NY 10020

MARSCO INV
KAREN  JACOBSEN
101 EISENHOWER PARKWAY
ROSELAND  NJ 07068

N AMERICAN
APRIL MEADE
1385 WEST STATE ROAD 434
LONGWOOD  FL 32750

FST STH CO
JAMES  FURINO
1700 PACIFIC AVENUE SUITE 500
DALLAS  TX 75201

OPTIONSXPR
SCOTT  JOHNSON
311 W. MONROE STREET
CHICAGO  IL 60606

JPMC CLEAR
VINCENT MARZELLA
ONE METROTECH CENTER NORTH
4TH FLOOR
BROOKLYN, NY 11201

CS SEC USA
ISSUER SERVICES
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD, NY 11717

DAVIDSON
RITA LINSKEY
P.O. BOX 5015
GREAT FALLS,  MT 59403

TERRA NOVA
RAY BURLEY
100 S. WACKER DRIVE SUITE 1550
CHICAGO  IL 60606

USAA INVES
JOYCE  WILSON
PO BOX 659453
SAN ANTONIO,  TX 78265-9825

ELARKIN CO
CINDEE  DUGAN
911 N. LOOP 281 SUITE 411
LONGVIEW,  TX 75604

JMS LLC
REGINA LUTZ
1801 MARKET STREET 9TH FLOOR
PHILADEPHIA,  PA 19103-1675

E*TRADE
BRIAN LEMARGIE
10951 WHITE ROCK ROAD
RANCHO CORDOVA,  CA 95670

CITADEL DG
MARCIA BANKS
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

CITIGROUP
PAT HALLER
333 W. 34TH STREET
NEW YORK  NY 10001

STEPHENS
LINDA THOMPSON
111 CENTER STREET 4TH FLOOR
LITTLE ROCK, AR 72201-4402

CIBC WORLD
ROBERT J  PUTNAM
425 LEXINGTON AVENUE 5TH FLOOR
NEW YORK  NY 10017

PERSHING
AL HERNANDEZ
SECURITIES CORPORATION
1 PERSHING PLAZA
JERSEY CITY  NJ 07399

STCKCROSS
CORINNE  MOCCIA  X
ONE WASHINGTON MALL
BOSTON  MA 02108

GOLDMAN LP
ANTHONY BRUNO
30 HUDSON STREET
JERSEY CITY  NJ 07302-4699

INT BROKER
MARIA  TARDIO
1 PICKWICK PLAZA
GREENWICH  CT 06830

R W BAIRD
SARA R. BLANKENHEIM
777 E. WISCONSIN AVENUE
MILWAUKEE  WI 53202

OPPENHEIME
OSCAR  MAZARIO
125 BROAD STREET
15TH FLOOR NEW YORK  NY 10004

DEUTSCHE
LOU PAGNOTTA
1251 AVENUE OF THE AMERICAS
NEW YORK  NY 10020

CROWELL
GEORGE LEWIS
624 S. GRAND AVENUE 25TH FLOOR
LOS ANGELES  CA 90017

VIS FIN MK
HOWARD BRUNN
4 HIGH RIDGE PARK
SUITE 100
STAMFORD, CT 06905

HTM & CO.
FREDERICK LANDO
15 EXCHANGE PLACE
JERSEY PLACE, NJ 07302

NEWEDGE/EQ
JAY SPITZER
630 FIFTH AVENUE SUITE 500
NEW YORK  NY 10111

UBS SECLLC
JOHN MALLOY
480 WASHINGTON BLVD
JERSEY CITY  NJ 07310

DAIWA SEC
TERESA P. BORJA
ONE EVERTRUST PLAZA
JERSEY CITY  NJ 07302

PRIMEVEST
MARK  SCHOUVILLER
400 1ST STREET SOUTH
ST. CLOUD  MN 56301

CCS LLC
LINDA MILLER
8006 DISCOVERY DRIVE
RICHMOND  VA 23229

SCOTTRADE
TERRI LOSCHE
12855 FLUSHING MEADOWS DR
ST LOUIS  MO 63131

RAYMOND
MIKE DILLARD
880 CARILION PARKWAY
P.O. BOX 12749
ST. PETERSBURG  FL 33716

MESIROW
GAIL CORTESE
350 N. CLARK STREET 2ND FLOOR
CHICAGO  IL 60610

FOLIO INV
JIM  DETWILER
800 TOWERS CRESENT DRIVE
VIENNA  VA 22182

WELLS LLC
CHRIS THOMPSON
625 MARQUETTE AVE., 13TH FLOOR
MINNEAPOLIS  MN 55402-2308

HUNTLEIGH
KAREN THOMAS
7800 FORSYTH BLVD., 5TH FL
ST. LOUIS  MO 63105

STERNE AG
MARIBETH WILLIAMS
813 SHADES CREEK PARKWAY, #100-B
BIRMINGHAM  AL 35242

AMERIPRISE
MIKE KOHLER
751 GRISWOLD STREET
DETROIT, MI 48226

HILLIARD
KEVIN MEDICO
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD  NY 11717

BANC OF AMERICA
JAMES MONAHAN
100 W 33RD STREET, 3RD FLOOR
NEW YORK  NY 10001

MORGAN K
CAROL ANTLEY
50 NORTH FRONT STREET
MEMPHIS  TN 38103

STIFEL
CHRIS WIEGAND
501 N. BROADWAY 7TH FL
STOCK RECORD DEPT
ST. LOUIS  MO 63102

HSBC SECS
DOMINICK ANDREASSI
452 5TH AVENUE
NEW YORK  NY 10018

BANK OF NY
MICHAEL KANIA
ONE WALL STREET 6TH FLOOR
NEW YORK  NY 10286

JPMCBNA
SANJAY GHULIANI
PARADIGM, B WING, FLOOR 6
MINDSPACE, MALAD (W)
MUMBAI 400 064 INDIA    00000

CITIBANK
SANDRA HERNANDEZ
3800 CITIBANK CENTER B3-12
TAMPA  FL 33610

BOA/GWIM
CARLA V. BROOKS
411 N. AKARD 5TH FL
DALLAS  TX 75201

MAR ILSLEY
ISSUER SERVICES
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD  NY 11717

SSB&T
PAUL DESHARNAIS
1776 HERITAGE DR.
NORTH QUINCY, MA 02171

CREST INTL
NATHAN ASHWORTH
33 CANNON STREET
LONDON UK    EC4M 5SB

CITIBK/GRP
OLGA MOLINA
333 WEST 34TH ST
NEW YORK  NY 10001

5TH-3RD BK
LANCE WELLS
5001 KINGSLEY DRIVE
MAIL DROP 1MOB2D
CINCINNATI  OH 45227

BNP PAR PB
GENE BANFI
ONE BRYANT PARK, 8TH FLOOR
NEW YORK, NY 10036

UNION BANK
MARY KAY MORRISON
530 B STREET SUITE 242
SAN DIEGO  CA 92101

BOAS/LONDN
JAMES MONAHAN
100 W 33RD STREET, 3RD FLOOR
NEW YORK  NY 10001

BONY/SPDR
CECILE LAMARCO
ONE WALL STREET
NEW YORK  NY 10286

SSBT/IBT
TOM BRODERICK
1776 HERITAGE DRIVE
NORTH QUINCY, MA 02171

JPM BK/IA
SANJAY GHULIANI
PARADIGM, B WING, FLOOR 6
MINDSPACE, MALAD (W)
MUMBAI 400 064 INDIA    00000

BNY/BB
MICHAEL KANIA
525 WILLIAM PENN PLACE
PITTSBURG, PA 15259

BNY/WINTER
MICHAEL KANIA
525 WILLIAM PENN PLACE
PITTSBURG, PA 15259

UMB BK,NA
KAREN LIGHTFOOT
928 GRAND BLVD
KANSAS CITY,  MO 64106

COMPASS TD
DANIEL MCHALE
15 SOUTH 20TH STREET, #703
BIRMINGHAM, AL 35233

NORTHERN TRUST
ROBERT VALENTIN
801 S CANAL STREET
CHICAGO  IL 60607

E*TRA/CHXL
ERIKA DILIBERTO
ONE FINANCIAL PLACE, SUITE 3030
440 S. LASALLE STREET
CHICAGO, IL 60605

RBC/DOMN
KAREN OLIVERES
200 BAY STREET, 6TH FLOOR
ROYAL BANK PLAZA NORTH TOWER
TORONTO  ON M5J 2W7

NBCN INC
DANIEL NTAP
1010 RUE DE LA GAUCHETIERE ST
WEST UITE 1925
MONTREAL  QC H3B 5J2

QTRADE
JOSEPH CHAU
SUITE 1920 ONE BENTALL CENTRE
505 BURRARD STREET
VANCOUVER  BC V7X 1M6

SCOTIA
NORMITA RAMIREZ
P.O. BOX 4085, STATION "A"
TORONTO  ON M5W 2X6

DESJRDIN
MARTINE BLAIS
2 COMPLEXE DESJARDINS, E. TWR
15TH FL
PO BOX 394 DESJARDINS STATION
MONTREAL  QC H5B 1J2

CIBCWRLD
NICASTRO JERRY
161 BAY ST 10TH FL
TORONTO  ON M5J 258

TD WATER
BEVERLY ADAMS
60 NORTH WINDPLACE
SCARBOROUGH  ON M1S 5L4

BMO NSBT
LOUISE TORANGEAU
1 FIRST CANADIAN PLACE 13TH FL
P. O. BOX 150
TORONTO  ON M5X 1H3

HSBC SECURITIES
JAEGAR BARRYMORE
105 ADELAIDE ST, WEST SUITE 1200
TORONTO  ON M5H 1P9

PENSON
ROBERT MCPHEARSON
330 BAY ST SUITE 711
TORONTO  ON M5H 2S8

GLOBAL
JOYA BABA
3 BENTALL CENTRE
595 BURRARD STREET, 11TH FL
VANCOUVER V7X 1C4  BC 00000

ODLUM BR
RON RAK
250 HOW STREET, #1100
VANCOUVER V7X 1C4 BC 00000

ML SFKPG
VERONICA E. O'NEILL
101 HUDSON STREET 8TH FLOOR
JERSEY CITY  NJ 07302

GS I'NATL
VANESSA CAMARDO
30 HUDSON STREET
JERSEY CITY  NJ 07302

ALPINE SEC
CHANCE GROSKREUTZ
440 EAST 400 SOUTH
SALT LAKE CITY  UT 84111

PERELMAN
STEVE PERELMAN PRINCE
TWIN TOWERS
3000 FARNAM ST
OMAHA  NE 68131

Richard F Kenny & Carol D Kenny Jt Ten
88 Flat Rock Rd
LAKE GEORGE NY  12845-6904

Virginia L Jones
Box 363
FRANKLIN NC  28744-0363

JERRY MANN
2345 MABEN STARKVILLE ROAD
MABEN, MS 39750

Louis Recchiuti
3316 S Keswick Ter First Floor
PHILADELPHIA PA  19114-1612

Su Su Wang & Diana S L Chow Jt Ten
11730 Winshire Circle
HOUSTON TX  77024-6311

Fritz S. Bock
313 W Benton Ave
NAPERVILLE IL  60540

Karl Ray Comeaux & Jan Segura Comeaux
Ten Com
13938 Campisi Dr
ABBEVILLE LA  70510

Cede & Co
PO Box 20
NEW YORK NY  10274

Louis Recchiuti
3316 S Keswick Ter
PHILADELPHIA PA  19114-1612

Computershare Shareholder Services Inc
250 Royall St
CANTON MA  02021

Jeff Cohen
4 Greenwich Office Park, 1st Floor
Greenwich, CT  06831

Karan Bhatia
Puma Capital
11 Broadway, Suite 668
New Yor, NY 10004

Robert Alpert
Atlas Allocation Fund, LP
8214 Westchester Drive, #650
Dallas, TX

James Williams
Hain Capital Group
Meadows Office Complex
301 Route 17, 6th Floor
Rutherford, NJ  07070

Pat Conlin
Milestone Capital
315 Manitoba, Suite 310
Wayzata, MN  55391

BRIDGET ADAMS
5026 MAJESTIC DRIVE
BAYTOWN, TX 77520

KEITH BEVERUNG
660 BELLEVUE PLANTATION
LAFAYETTE, LA 70503

BRAD BOERNER
PO BOX 250
NEGREET, LA 71460

ROBERT LAWRENCE BOUIS JR
219 GARRETTS MCGILL
POPLARVILLE, MS 39470

WILLIAM BRATKOWSKI
410 BREEMAN
LAFAYETTE, LA 70508

TIMOTHY CLEMENTS
204 PEMBROKE
LAFAYETTE, LA 70508

THOMAS DAMAN
15200 MOONLIGHT TRAILS
HOUSTON, TX 77384

PHILLIP D DOYLE
11011 ANIKE DRIVE
RICHMOND, TX 77469

PHILLIP DOYLE
11011 ANILU DRIVE
RICHMOND, TX 77469

MICHAEL F EHLERS
208 BOWMAN ST
BERWICK, LA 70342

FRANK FEURTADO
508 CYPRESS COVE
YOUNGSVILLE, LA 70592

EARL GALLOWAY
311 THOMAS NOLAN DRIVE
LAFAYETTE, LA 70508

PAUL GIDDENS
13211 HAMPTON BAY DRIVE
PEARLAND, TX 77584

JOHN F GUARISCO JR
114 KINGS HARBOUR
LAFAYETTE, LA 70508

KRIS A HEPTING
3769 LAKE LYNN DR
GRETNA, LA 70056

ROBERT C JOHNSON
3591 PLEASANT VIEW CT
PACE, FL 32571

LYLE KASKIE
98 WEEKS RD
YOUNGSVILLE, LA 70592

JERALD LOWRIMORE
420 VENUS ST
MORGAN CITY, LA 70380

TIM MANKOWSKI
656 OAK BLUFF DRIVE
MANY, LA 71449

MERLE MILLER
2409 BAYCREST DR
NASSAU BAY, TX 77058

HOWARD W MOLLISON
900 S COLLEGE STE 301
LAFAYETTE, LA 70503

ROBERT MORO
2701 BAYOU CARENCRO
MARRERO, LA 70072

JASON NINI
26014 TRAILCLIFF CT
KATY, TX 77494

ANTHONY OWENS
201 WATERBERRY DR
BROUSSARD, LA 70518

JAMES PERSKY
PO BOX 1208
SALADO, TX 76571

CHESTER C PLOTNER
50 FERNWOOD
HOUMA, LA 70364

WAYNE ROSE
506 RIPPLE CREEK DR
HOUSTON, TX 77024

RANDY PUTNAM
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

STEVEN SHERMAN
1015 LLANO ST
PORT NECHES, TX 77651

STEVEN SINGER
16023 STEWARTS GROVE DR
SPRING, TX 77379

DENNY SWARTZ
142 BEAU COTEAU PKWY
BROUSSARD, LA 70518

EDGAR DONALD TERRY
416 DOUCET ROAD #6 E
LAFAYETTE, LA 70503

CHAD BENTON THOMASON
32318 ARCHER PARK
CONROE, TX 77385

CECIL R THOMPSON
228 BARKSDALE DR
BROUSSARD, LA 70518

SAMUAL TRAHAN
1906 JACQULYN
ABBEVILLE, LA 70510

DOMINIC TUMINELLO
1744 STALL DRIVE
HARVEY, LA 70058

LUIGI VEDOVATTI
210 DUCHARME LANE
LAFAYETTE, LA 70503

TONY VERALDI
1411 SHADY VALLEY DR
SUGAR LAND, TX 77479

DAVID WEINHOFFER
11214 ROYAL CHATEAU
HOUSTON, TX 77082

ROBERT J WISE
404 TELJEAN ROAD
LAFAYETTE, LA 70503

CHARLES F ZAMORA
108 BROWNLEE ST
BROUSSARD, LA 70518

CYNTHIA ZELLAR
130 PARTICIA ANN PLACE
LAFAYETTE, LA 70508

STEVEN VOLESKI
1008 RUSSO STREET
NEW IBERIA, LA 70563

SCOTT MCCAULEY
3216 ALDERWOOD AVENUE
BELLINGHAM, WA 98225

CARLO JIMINEZ
10851 MONTFAIR BLVD., #3205
THE WOODLANDS, TX 77382

KEN FEEHLER
450 ACR 3051
FRANKSTON, TX 75763

THOMAS COLEMAN
321 ST. CHARLES AVE., 2ND FLOOR
NEW ORLEANS, LA 70130

SANDY ANDERSON
576 GEORGE WISE ROAD
CARRIERE, MS 39426

FRANK ALBRIGHT
P.O. BOX 156
LORANGER, LA 70446