UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH OCTOBER YEAR 2010

| MONTH | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 | 38,845 |
| TOTAL DISBURSEMENTS (MOR-8) | 144,278 | 80,610 | 76,771 | 61,191 | 44,653 | 43,101 |

*** The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent to the United States Trustee** ***

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? **Yes** No  If so, describe. **Distributions have been made pursuant to the Plan.**
Are all funds received being deposited into DIP bank accounts? Yes No **N/A**
Were any assets disposed of outside the normal course of business? **Yes** No
If so, describe. **Assets have been sold pursuant to bankruptcy court orders.**

Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? **First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/11 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
TITLE _____ Plan Agent _____

**MOR-1**

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.   CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 33,120,621 | 32,978,843 | 32,901,138 | 32,827,007 | 32,772,525 | 33,623,172 | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | 3,500 | 217 | | 79,531,988 |
| 6. OTHER (attach list) | 2,500 | 2,905 | 2,641 | 3,208 | 895,084 | 2,553 | 4,763,319 |
| TOTAL RECEIPTS | 2,500 | 2,905 | 2,641 | 6,708 | 895,300 | 2,553 | 104,265,410 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (1) | - | - | 1,463 | - | - | 304 | 2,934,035 |
| 9. SECURED / RENTAL / LEASES | 1,714 | 1,731 | - | 2,067 | 2,067 | 2,067 | 276,292 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | - | - | - | - | - | 2,020,448 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 723 | 911 | 988 | 259 | 1,070 | 261 | 247,595 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | 144 | 5,000 | 1,580 | - | - | - | 769,050 |
| 17. OTHER (attach list) | - | - | - | 4,429 | - | - | 82,227 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,580 | 7,642 | 4,031 | 6,756 | 3,137 | 2,631 | 10,080,985 |
| 18. PROFESSIONAL FEES | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 | 38,845 | 6,822,955 |
| 19. U.S. TRUSTEE FEES | - | - | 10,400 | - | - | 1,625 | 115,725 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | - | - | - | (3,981) | - | - | 50,782,615 |
| 23. CLASS 6 DISTRIBUTION | - | - | - | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | - | - | - | (28,969) | - | - | 3,707,774 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,301,714 |
| 26. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 144,278 | 80,610 | 76,771 | 61,191 | 44,653 | 43,101 | 75,089,336 |
| 27. NET CASH FLOW | (141,778) | (77,705) | (74,131) | (54,482) | 850,647 | (40,548) | 29,176,040 |
| 28. CASH - END OF MONTH (mor-2) | 32,978,843 | 32,901,138 | 32,827,007 | 32,772,525 | 33,623,172 | 33,582,624 | 33,582,624 |

MOR-7

\* applies to Individual debtor's only.

(1) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  CASE NUMBER: 08-32590-H2-11

## OTHER RECEIPTS

| | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October |
|---|---|---|---|---|---|---|
| Interest Income | 2,475 | 2,905 | 2,641 | 2,817 | 2,641 | 2,553 |
| Miscellaneous | 25 | - | - | - | 444 | - |
| IRS Refund | - | - | - | 391 | 375 | - |
| IRS Refund 2004 Form 1120 | - | - | - | - | 445,557 | - |
| IRS Refund 2005 Form 1120 | - | - | - | - | 443,393 | - |
| Distribution from Torch Offshore Case #05-10137 | - | - | - | - | 2,674 | - |
| Total Other Receipts | 2,500 | 2,905 | 2,641 | 3,208 | 895,084 | 2,553 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

OTHER DISBURSEMENTS

| | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October |
|---|---|---|---|---|---|---|
| Flowers Transfer (move records Lafayette to Houston) | - | | - | 4,429 | - | - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Disbursements | - | | - | 4,429 | - | - |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF OCTOBER

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | TOTAL |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | |
| *ACCOUNT TYPE* | *DISBURSEMENT* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | |
| BANK BALANCE | 248,331 | 31,788,887 | 1,549,099 | 33,586,316 |
| DEPOSIT IN TRANSIT | - | - | - | - |
| OUTSTANDING CHECKS | - | - | (3,692) | (3,692) |
| ADJUSTED BANK BALANCE | 248,331 | 31,788,887 | 1,545,407 | 33,582,624 |
| BEGINNING CASH - PER BOOKS | 248,591 | 31,786,334 | 1,588,247 | 33,623,172 |
| RECEIPTS | - | 2,553 | - | 2,553 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (261) | - | (42,840) | (43,101) |
| ENDING CASH - PER BOOKS | 248,331 | 31,788,887 | 1,545,407 | 33,582,624 |

MOR-8

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER |
|---|---|---|---|---|---|---|
| 1. | - | - | - | - | - | - |
| 2. | - | - | - | - | - | - |
| 3. | - | - | - | - | - | - |
| 4. | - | - | - | - | - | - |
| 5. | - | - | - | - | - | - |
| 6. | - | - | - | - | - | - |
| TOTAL INSIDERS (MOR-1) | - | - | - | - | - | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | 38,411 | 36,753 | - | 55,415 | - | 13,604 |
| 2. Strategic Capital Corporation | 90,323 | - | 37,153 | 12,020 | 16,920 | 7,081 |
| 3. Liskow & Lewis | 1,480 | 4,245 | - | - | 370 | - |
| 4. Heller, Draper, Hayden, Patrick & Horn, LLC | 246 | - | - | - | - | - |
| 5. Pannell Kerr Forster of Texas, PC | - | 31,970 | - | - | 10,804 | 10,612 |
| 6. Lowenstein Sandler, PC | 11,237 | - | 25,187 | 19,951 | 13,423 | 7,549 |
| TOTAL PROFESSIONALS (MOR-1) | 141,697 | 72,968 | 62,340 | 87,386 | 41,517 | 38,845 |

MOR-9