

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/09/2010

| | | |
|---|---|---|
| IN RE: | § | |
| SUPERIOR OFFSHORE INTERNATIONAL, | § | CASE NO: 08-32590 |
| INC. | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## AMENDED ORDER FOR HEARING
### (DOC # 2201)

In document # 2201 the Plan Administrator and the Post Consummation Committee seek authority to establish a procedure for identifying holders of Class 8 interests. In document # 2203, Riverside Contracting, LLC objects to the procedure.

The objection appears to interpret the request different from the way that the Court interprets the request. The request seems to be an attempt to identify the current holders of interests who may be "post-record date" assignees of interests as they existed on the record date (as defined in the plan to be the effective date of the plan). The objection seems to interpret the request as amending the plan.

To give the parties an opportunity to explain their positions, the Court will hold oral argument on January 3, 2011, at 4:00 PM.

This will not be an evidentiary hearing, except:
1. Both Movants and Riverside may produce excerpts from the plan and confirmation order supporting their views;
2. Movants may introduce evidence concerning the information that they currently have to identify the holders of Class 8 interests and evidence of the information that suggests that those interests may have been transferred.

Movants and Riverside must exchange exhibits by December 17, 2010. Movants must provide Riverside with a summary of any testimony that Movants will offer in evidence.

SIGNED 12/09/2010.

_____
Wesley W. Steen
United States Bankruptcy Judge