# REICH, ALBUM & PLUNKETT, L.L.C.

ATTORNEYS AT LAW
TWO LAKEWAY CENTER, SUITE 1000
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002

ROBERT S. REICH

TEL.: (504) 830-3999
FAX: (504) 830-3950
rreich@rapllclaw.com

March 1, 2011

**Via Email – jwolfshohl@porterhedges.com**

Joshua W. Wolfshohl, Esq.
PORTER & HEDGES, LLP
Reliant Energy Plaza
1000 Main Street, 36th Floor
Houston, TX 77002

    RE:    **Noel Butcher v.**
            **Superior Offshore International, LLC**
            **USDC-EDLA**
            **CA #07-8136 c/w 10-2826 c/w 10-4044, Section "R"(5)**
            **Our File: 13297/RSR**

Dear Joshua:

      We acknowledge your correspondence advising that your client would not agree to waive service under Rule 4. We are therefore moving forward with personally serving the Plan Administrator.

      With kind regards, we remain

                            Sincerely,
                            **REICH, ALBUM & PLUNKETT, L.L.C.**

                            Robert S. Reich

RSR/LRP/hc
cc:    Lisa Africk, Esq. (*Via Email – alfrick@brownsims.com*)

EXHIBIT 7