**Wolfshohl, Joshua W.**

| | |
|---|---|
| **From:** | Wolfshohl, Joshua W. |
| **Sent:** | Wednesday, March 02, 2011 4:51 PM |
| **To:** | 'Bob Reich' |
| **Cc:** | 'lafrick@brownsims.com'; Jones, David R. |
| **Subject:** | RE: Butcher #13297/hc |

I have previously told you that this is a violation of the plan injunction. If you proceed as stated in your letter, the Plan Agent will seek his fees and costs in connection with enforcing the terms of the plan.

Joshua

**PORTER HEDGES LLP**

Joshua W. Wolfshohl
Associate
jwolfshohl@porterhedges.com
t (713) 226-6695
f (713) 226-6295
Web Site | Bio | V-card

Porter Hedges LLP
1000 Main Street, 36th Fl.
Houston, Texas 77002
www.porterhedges.com

IRS Circular 230 Disclaimer: This e-mail and any attachments are not intended for use and cannot be used: (i) to avoid any penalties under the Internal Revenue Code or (ii) to promote, market or recommend to another party the tax consequences of any matter addressed therein. Please contact us if you desire an opinion on such matters.

Further, this communication may be privileged or contain confidential information. If it has been sent to you in error, please do not read it, reply to the sender that you received it in error, and delete it. Any distribution or other reproduction is strictly prohibited.

***I am Riding in the Houston-Austin MS 150 on April 16-17, 2011 - Please consider donating to the National MS Society on my behalf at:***

http://main.nationalmssociety.org/goto/joshuawolfshohl2011

---

**From:** Bob Reich [mailto:rreich@rapllclaw.com]
**Sent:** Wednesday, March 02, 2011 4:33 PM
**To:** Wolfshohl, Joshua W.
**Cc:** lafrick@brownsims.com
**Subject:** Butcher #13297/hc

Please see attached.

Robert S. Reich, Esq.
**REICH, ALBUM & PLUNKETT**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
*rreich@rapllclaw.com*

**EXHIBIT 8**

3/4/2011