UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.            Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH FEBRUARY YEAR 2011

| MONTH | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 41,517 | 38,845 | 60,031 | 45,698 | 28,238 | 37,982 |
| TOTAL DISBURSEMENTS (MOR-8) | 44,653 | 43,101 | 62,362 | 48,026 | 32,190 | 40,712 |

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee ***

Are all accounts receivable being collected within terms?    CIRCLE ONE   Yes   No
Are all post-petition liabilities, including taxes, being paid within terms?   Yes   No
Have any pre-petition liabilities been paid?   Yes   No   If so, describe.
**Distributions have been made pursuant to the Plan.**
Are all funds received being deposited into DIP bank accounts?   Yes   No   N/A
Were any assets disposed of outside the normal course of business?   Yes   No
If so, describe.   Assets have been sold pursuant to bankruptcy court orders.
Are all U.S. Trustee Quarterly Fee Payments current?   Yes   No
What is the status of your Plan of Reorganization?   First Amended Joint Chapter 11
Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
TITLE _____ Plan Agent

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/11 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

MOR-1

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.	CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 32,772,525 | 33,623,172 | 33,582,624 | 33,527,914 | 33,482,619 | 33,454,485 | 4,406,584 (1) |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | 217 | | | | | | 79,531,988 |
| 6. OTHER (attach list) | 895,084 | 2,553 | 7,652 | 2,730 | 4,056 | 2,466 | 4,780,223 |
| TOTAL RECEIPTS | 895,300 | 2,553 | 7,652 | 2,730 | 4,056 | 2,466 | 104,282,314 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (2) | - | 304 | - | - | - | 125 | 2,934,160 |
| 9. SECURED / RENTAL / LEASES | 2,067 | 2,067 | 2,067 | 2,067 | 2,067 | 2,067 | 284,560 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | - | - | - | - | - | 2,020,448 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 1,070 | 261 | 264 | 261 | 260 | 538 | 248,916 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | - | - | - | - | - | - | 769,050 |
| 17. OTHER (attach list) | - | - | - | - | - | - | 82,227 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 3,137 | 2,631 | 2,331 | 2,328 | 2,327 | 2,730 | 10,090,699 |
| 18. PROFESSIONAL FEES | 41,517 | 38,845 | 60,031 | 45,698 | 28,238 | 37,982 | 6,994,905 |
| 19. U.S. TRUSTEE FEES | - | 1,625 | - | - | 1,625 | - | 117,350 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | - | - | - | - | - | - | 50,782,615 |
| 23. CLASS 6 DISTRIBUTION | - | - | - | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | - | - | - | - | - | - | 3,707,774 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,301,714 |
| 26. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 44,653 | 43,101 | 62,362 | 48,026 | 32,190 | 40,712 | 75,272,625 |
| 27. NET CASH FLOW | 850,647 | (40,548) | (54,710) | (45,296) | (28,134) | (38,246) | 29,009,655 |
| 28. CASH - END OF MONTH (mor-2) | 33,623,172 | 33,582,624 | 33,527,914 | 33,482,619 | 33,454,485 | 33,416,239 | 33,416,239 |

MOR-7

* applies to Individual debtor's only.

(1) Reconciled beginning cash balance as of petition date
(2) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  
CASE NUMBER: 08-32590-H2-11

## OTHER RECEIPTS

| | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February |
|---|---|---|---|---|---|---|
| Interest Income | 2,641 | 2,553 | 2,818 | 2,730 | 2,730 | 2,466 |
| Miscellaneous | 444 | - | - | - | - | - |
| IRS Refund | 375 | - | 2,753 | - | - | - |
| IRS Refund 2004 Form 1120 | 445,557 | - | - | - | - | - |
| IRS Refund 2005 Form 1120 | 443,393 | - | - | - | - | - |
| Distribution from Torch Offshore Case #05-10137 | 2,674 | - | - | - | - | - |
| Phones Plus Settlement | - | - | 2,081 | - | - | - |
| Louisiana Workforce Commission Refund | - | - | - | - | 1,326 | - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Receipts | 895,084 | 2,553 | 7,652 | 2,730 | 4,056 | 2,466 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF FEBRUARY

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | |
| ACCOUNT TYPE | *DISBURSEMENT* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | *TOTAL* |
| BANK BALANCE | 247,287 | 31,799,631 | 1,382,135 | 33,429,053 |
| DEPOSIT IN TRANSIT | - | - | - | - |
| OUTSTANDING CHECKS | - | - | (12,814) | (12,814) |
| ADJUSTED BANK BALANCE | 247,287 | 31,799,631 | 1,369,321 | 33,416,239 |
| BEGINNING CASH - PER BOOKS | 247,547 | 31,797,165 | 1,409,773 | 33,454,485 |
| RECEIPTS | - | 2,466 | - | 2,466 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (260) | - | (40,452) | (40,712) |
| ENDING CASH - PER BOOKS | 247,287 | 31,799,631 | 1,369,321 | 33,416,239 |

MOR-8

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY |
|---|---|---|---|---|---|---|
| 1. | - | - | - | - | - | - |
| 2. | - | - | - | - | - | - |
| 3. | - | - | - | - | - | - |
| 4. | - | - | - | - | - | - |
| 5. | - | - | - | - | - | - |
| 6. | - | - | - | - | - | - |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS/NAME/ORDER DATE | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | - | 13,604 | 36,189 | 19,639 | - | 13,604 |
| 2. Strategic Capital Corporation | 16,920 | 7,081 | 14,887 | 8,376 | 13,263 | - |
| 3. Liskow & Lewis | 370 | - | - | - | - | - |
| 4. Pannell Kerr Forster of Texas, PC | 10,804 | 10,612 | - | - | 14,975 | - |
| 5. Lowenstein Sandler, PC | 13,423 | 7,549 | 8,955 | 17,683 | - | 24,378 |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 41,517 | 38,845 | 60,031 | 45,698 | 28,238 | 37,982 |

MOR-9