UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | Case No. 08-32590-H2-11 |
| INTERNATIONAL, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**EMERGENCY MOTION TO EXTEND THE DEADLINE
FOR OBJECTING TO PROOFS OF INTEREST**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF IS REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**To the Honorable Marvin Isgur,
Chief United States Bankruptcy Judge:**

H. Malcolm Lovett, Jr., the plan agent under the confirmed plan of liquidation, (the "Plan Agent") files this Emergency Motion (the "Motion") to Extend the Deadline for Objecting to Proofs of Interest.

**Nature of the Motion**

1. The Plan Agent seeks a 60-day extension of the deadline for filing objections to proofs of interest against the Debtor.

**Emergency Relief Requested**

2.The Plan Agent seeks emergency consideration of the motion. The current deadline for filing objections to proofs of interest is March 30, 2011. The Plan Agent has been working to review more than 600 proofs of interest submitted in connection with the February 28, 2011 bar date. To determine the validity of many of the proofs of interest, the Plan Agent requires additional documentation from the respective interest holders. As substantially all of these interest holders are individuals with small holdings, the Plan Agent believes that an extension of the objection deadline is appropriate to allow him to communicate informally with shareholders to resolve potential objections. The Plan Agent does not believe that any party is prejudiced by the emergency consideration of this motion.

**Relevant Background**

3.On April 24, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.On January 28, 2009, the Court entered an order confirming the First Amended Joint Chapter 11 Plan of Liquidation (the "Plan"). The Plan became effective on February 11, 2009. Pursuant to the Plan, all creditors in Classes 1-6 have been paid in full with interest.[1] Equity interests in the Debtor are classified as Class 8 – Interests. The Plan Agent is currently holding in excess of $30 million in cash for distribution to equity holders.

5.On January 3, 2011, the Court entered an order setting (i) February 28, 2011 (the "Class 8 Bar Date") as the deadline for filing proofs of interest against the Debtor and (ii) 30 days from the Class 8 Bar Date, i.e., March 30, 2011 (the "Objection Deadline"), as the deadline

---

[1] Class 7 – Subordinated Securities Claims is comprised primarily of a proof of claim filed on behalf of a putative class in a pending securities fraud lawsuit before Judge Atlas (the "Securities Litigation") pending before the U.S. District Judge Nancy Atlas. Judge Atlas denied certification of the class and then subsequently withdrew her order at the request of the parties to the litigation in order to facilitate settlement discussions. A global settlement is awaiting final approval by Judge Atlas that would result in the withdrawal of the class proof of claim.

for the Plan Agent and the Post-Confirmation Committee ("PCC") to file objections to proofs of interest [Docket No. 2212].

6. The Plan Agent received over 600 proofs of interest. Each proof of interest must be individually reviewed. The Plan Agent has identified a number of proofs of interest that technically comply with the filing requirements but do not allow the Plan Agent to conclude that the proof of interest is valid. For instance, the Court's order requires the submission of a stock certificate or a brokerage statement in support of the proof of interest. Several claimants submitted a single page of a multi-page statement without including the first page that would allow the Trustee to verify the owner of the brokerage account. Some claimants "blacked out" their statements—including the information regarding their ownership of Superior stock. Several claimants submitted properly documented proofs of interest but failed to sign the form.

7. During the submission process, the Plan Agent received hundreds of phone calls. Substantially all of the Class 8 interest holders are individuals with small holdings. The overall goal of the process was to identify the current owners of Superior stock in order to ensure they received their distributions. The Plan Agent believes that an appropriate balance of the equities dictates that the deadline be extended to avoid the filing of numerous objections that would require individuals to either hire attorneys or avoid work to attend court hearings.

## **Relief Requested**

8. The Plan Agent seeks an additional 60 days to review the Class 8 proofs of interest and informally resolve objections for proofs of interest that were timely filed. The requested relief is proper under Fed. R. Civ. P. 60(b)(6). The requested extension will allow the goal of the Court's original order to be fulfilled. No party will be prejudiced.

Accordingly, the Plan Agent requests that the Court (i) extend the deadline for filing objections to proofs of interest to May 30, 2011[2]; and (ii) grant such other relief as set forth above.

**Dated: March 21, 2011.**

                                        **Porter & Hedges, L.L.P.**

By: _/s/ David R. Jones (ECF)_
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan Agent**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument shall be duly served (i) by first class mail to all of the parties listed on the attached Service List; and (ii) by electronic transmission to all registered ECF users appearing in this case on March 21, 2011.

_/s/ David R. Jones (ECF)_
David R. Jones

---

[2] Sixty days from March 30, 2011 is Sunday, May 29, 2011. Accordingly, the Plan Agent requests that the deadline be extended to the following Monday.

## SERVICE LIST

H. Malcolm Lovett, Jr.
Strategic Capital Corporation
520 Post Oak Blvd., Suite 320
Houston, TX 77027

Hector Duran
Office of the United States Trustee
515 Rusk, Room 3516
Houston, TX 77002

Eric Smith
Tulane University
7 McAlister Dr., GWHII, Mezz
New Orleans, LA 70118

Department of the Treasury – IRS
1919 Smith Street, Stop 5022HOU
Houston, Texas 77002

Office of the Attorney General
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Ave. NW
Washington, D.C. 20530

Office of the U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114

**Counsel for Post-Confirmation Committee**
Michael S. Etkin
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

**Post-Confirmation Committee**
Claire Davis
200 Crescent Court, Suite 1150
Dallas, TX 75201

Michael Parker
Atlas Allocation Fund, L.P.
8214 Westchester, Suite 650
Dallas, TX 75225

David S. Bland/Robert P. Vining
LeBlanc Bland, PLLC
1717 St. James Place, Suite 360
Houston, TX 77056

Joseph G. Epstein
Winstead PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

Lawrence Rothenberg
9525 Katy Freeway, Suite 300
Houston, TX 77024

Glenn R. LeMay
Gordon & Rees, LLP
1900 West Loop South, Suite 1000
Houston, TX 77027

Peter Ito
Gordon & Rees, LLP
370 Seventeenth Street, Suite 4450
Denver, CO 80202

Keavin McDonald
Law Office of Keavin D. McDonald, P.C.
4543 Post Oak Place Dr., Suite 106
Houston, TX 77027

Clyde A. Pine, Jr.
Mounce Green Myers Safi Paxson Galatzan
P.O. Drawer 1977
El Paso, TX 79950-1977

Christopher Adams/Matthew S. Okin
Okin & Adams, LLP
1113 Vine St., Suite 201
Houston, TX 77002

2240744v1

John F. Unger
Royston, Rayzor, Vickery & Williams
1001 McKinney, Suite 1100
Houston, TX 77002-6418

John W. Kolwe
Longman Russo, APLC
P.O. Box 3408
Lafayette, LA 70502-3408

Art Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswood, TX 77546

Lewis S. Kahn
Kahn, Gauthier, Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Kim E. Miller
Kahn, Gauthier, Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

Patrick L. Hughes
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Louis M. Phillips/Brandon A. Brown
Gordon Arata McCollam Duplantis
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

Henry A. King/Robert C. Scruggs
King, Krebs & Jurgens, PLLC
6363 Woodway, Suite 820-A
Houston, TX 77057

Robert L. Broussard
Durio, McGoffin, Stagg & Ackermann
220 Heymann Boulevard
P.O. Box 51308
Lafayette, LA 70505-1308

Susan C. Matthews
Adams and Reese, LLP
1221 McKinney, Suite 4400
Houston, TX 77010

J. Fredrick Kessenich/Jon Van Steenis
Daigle, Fisse & Kessenich
227 Highway 21
Madisonville, LA 70447

Rupert P. Hansen
Cox, Wootton, Griffin, Hansen & Poulos
190 The Embarcadero
San Francisco, CA 94105

Douglas S. Draper
Heller, Draper, Hayden, Patrick & Horn
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Scott J. Scofield
Scofield, Gerard Singletary & Pohorelsky
901 Lakeshore Drive, Suite 900
Lake Charles, LA 70601

Kevin P. Walters
Chaffe McCall, LLP
815 Walker Street, Suite 953
Houston, TX 77002

William H. Seele
Julian & Seele, P.C.
11767 Katy Freeway, Suite 350
Houston, TX 77079-1735

Eric J. Taube
Hohmann, Taube & Summers, LLP
100 Congress Ave., 18th Floor
Austin, TX 78701

Norman C. Sullivan, Jr.
Fowler Rodriguez Valdes-Fauli
400 Poydras Street, 30th Floor
New Orleans, LA 70130

Thomas A. Zabel/Holly Dobbs Arnold
Zabel Freeman
420 Heights Boulevard
Houston, TX 77007

David L. Colvin
Colvin Law Firm
230 Huey P. Long Avenue
Gretna, LA 70053

Stanwood R. Duval
101 Wilson Avenue
P.O. Box 3017
Houma, LA 70361