UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/22/2011

| | | |
|---|---|---|
| IN RE: | § § | |
| SUPERIOR OFFSHORE INTERNATIONAL, INC., | § § § | CASE NO. 08-32590-H2-11 (Chapter 11) |
| Debtor. | § § | |

**ORDER**
(Docket No. _____)

The deadline for the Plan Agent to object to proofs of interest against Superior Offshore International, Inc. is extended to May 30, 2011.

Signed: March 22, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                    Case No. 08-32590-mi
Superior Offshore International, Inc.                                                     Chapter 11
Post-Confirmation Commitee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4           User: adol              Page 1 of 4              Date Rcvd: Mar 22, 2011
                               Form ID: pdf002         Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2011.
```
db          +Superior Offshore International, Inc.,    717 Texas Avenue, Suite 3150,    Houston, TX 77002-2837
aty          Andrew S de Klerk,    Frilot LLC,    1100 Poydras Street,    3600 Energy Centre,
              New Orleans, LA 70163-3600
aty         +Anthony D'Alto, II,    Fowler Rodriguez Valdes-Fauli,    400 Poydras Street, 30th Floor,
              New Orleans, LA 70130-3245
aty         +Arthur Sadin,    Sadin Law Firm PC,    121 Magnolia,    Ste 102,    Friendswood, TX 77546-3884
aty         +Bruce Lucas,    Bruce Lucas Esq,    1001 Texas Ave Ste 1400,    Houston, TX 77002-3194
aty         +David C Cimo,    Genovese Joblove et al,    100 SE 2nd St,    44th Fl,    Miami, FL 33131-2100
aty         +David L Colvin,    Attorney At Law,    230 Huey P. Long Ave,    Gretna, La 70053-5816
aty         +Douglas Wolfe,    7600 Jericho Turnpike,    woodbury, NY 11797-1728
aty         +Glenn D Moses,    Genovese Joblove et al,    100 SE 2nd St,    44th Fl,    Miami, Fl 33131-2100
aty         +Harris J Koroglu,    Genovese Joblove et al,    100 SE 2nd St,    44th Fl,    Miami, FL 33131-2100
aty         +John H Genovese,    Genovese Joblove et al,    100 SE 2nd St,    44th Fl,    Miami, FL 33131-2100
aty          Kaliste J Saloom,    Saloom & Saloom,    PO Drawer 2999,    Lafayette, LA 70502-2999
aty         +Kurt B Olsen,    Attorney at Law,    1250 Connecticut Ave NW,    Ste 200,
              Washington, DC 20036-2643
aty          Lawrence Mullins,    1640 Hempstead Turnpike,    East Meadow, NY 11554-1040
aty         +Liskow & Lewis, APLC,    1001 Fannin Street, Suite 1800,    Houston, TX 77002-6756
aty         +Michael J Biles,    Greenberg Traurig, LLP,    300 West 6th Street,    Suite 2050,
              Austin, TX 78701-4236
aty         +Michael S Etkin,    Lowenstein Sandler, PC,    65 Livingston Avenue,    Roseland, NJ 07068-1791
aty         +Porter & Hedges, L.L.P.,    1000 Main Street, 36th Floor,    Houston, TX 77002-6341
aty         +Sean E. Quigley,    Lowenstein Sandler, PC,    65 Livingston Avenue,    Roseland, NJ 07068-1791
aty         +Steven C Dittman,    Gainsburgh Benjamin et al,    1100 Poydras St Ste 2800,
              New Orleans, LA 70163-2800
aty         +Thomas E St. Germain,    Weinstein & St. Germain,    1414 NE Ebangeline Thrwy.,
              Lafayette, LA 70501-2830
aty         +Thomas J Bethune, IV,    Blessey Marine Services Inc,    1515 River Oaks Rd. E,
              Harahan, LA 70123-2167
aty         +Thomas Rosseland,    Bodker Ramsey et al,    1800 Peachtree St NW,    Ste 615,
              Atlanta, GA 30309-2519
cr          +ASM Capital LP,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
cr          +Akin Gump Strauss Hauer & Feld LLP,    1700 Pacific Avenue,    Suite 4100,    Dallas, TX 75201-4675,
              UNITED STATES OF AMERICA
trnsfor     +Alford Services Inc,    Station 1 Box 10128,    Houma, LA 70363-0128
cr          +Alternative Positioning Solutions, L.L.C.,    401-B Mecca Drive,    Lafayette, LA 70508-3307
cr           AmerTrin Marine & Logistics Services Limited,    P.O. Bag 376,    LP #1 Exchange Lots,    Couva,
              TRINIDAD, WEST INDIES
cr           American Express Travel Related Svcs Co Inc Corp C,    c/o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
cr          +American Home Assurance Company,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
              1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
cr          +American International Group, Inc.,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
              1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
cr          +American International Specialty Lines Insurance C,    c/o Baker & Hostetler, LLP,
              ATTN: Pamela Gale Johnson,    1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
sp          +Andrew J Sarne,    Kane Russell Coleman & Logan PC,    1010 Lamar St.,Suite 1800,
              Houston, TX 77002-6394
intp        +Angela Dodd Securities & Exchange Commission,    175 W. Jackson Blvd.,    Suite 900,
              Chicago, IL 60604-2815
cr          +Argo Partners,    12 West 37th St 9th Fl.,    New York, NY 10018-7480,    US
intp        +BP Trinidad & Tobago, LLC,    c/o Philip G. Eisenberg,    600 Travis, Suite 3400,
              Houston, TX 77002-2926
cr          +Ben Almeda Goodcrane Corporation,    Houston,    12221 Almeda Road,    Houston, TX 77045-3725
cr           Buxo Trinidad and Tobago, Limited,    #10 Fairmont Townhouses,    Fairways,    Maraval,    TRINIDAD
cr          +C-MAR (America), Inc.,    c/o Kevin P. Walters,    Chaffe McCall, L.L.P.,
              815 Walker Str., Suite 953,    Houston, TX 77002-5735
cr          +C-MAR Ltd.,    c/o Chaffe McCall, L.L.P.,    815 Walker, Suite 953,    Houston, TX 77002-5735
cr          +Commerce and Industry Insurance Co.,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
              1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
cr           Comptroller of Public Accounts,    c/o Office of the Attorney General,
              Bankruptcy - Collections Division,    PO Box 12548,    Austin, TX 78711-2548
cr          +Construction Resources Link, Inc.,    c/o Paul N. DeBaillon, Attorney,    P. O. Box 51387,
              Lafayette, LA 70505-1387
cr           Cypress-Fairbanks ISD,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr          +Debt Acquisition Company of America V, LLC,    1565 Hotel Circle South,    Suite 310,
              San Diego, CA 92108-3419
cr          +FAIR HARBOR CAPITAL, LLC,    875 AVENUE OF THE AMERICAS, SUITE 2305,    NEW YORK, NY 10001-3507
cr          +Granite State Insurance Company,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
              1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
fa          +H Malcolm Lovett, Jr,    Strategic Capital Corporation,    520 Post Oak Blvd,    Suite 320,
              Houston, TX 77027-9498
```

```
District/off: 0541-4           User: adol                  Page 2 of 4                   Date Rcvd: Mar 22, 2011
                               Form ID: pdf002             Total Noticed: 103

cr              +Hain Capital Holdings, Ltd as Assignee of Goodcran,    c/o Mark C. Taylor,
                  Hohmann, Taube & Summers, L.L.P.,    100 Congress Ave., Suite 1800,    Austin, TX 78701-4042
cr               Harris County, et al,    Attn: John P. Dillman,    P.O. Box 3064,    Houston, TX 77253-3064
cr              +Harvey-Lynch, Inc.,    12718 Century Dr.,    Stafford, TX 77477-4202
cr              +Illinois National Insurance Co.,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
                  1000 Louisiana,   Suite 2000,    Houston, TX 77002-5018
cr              +Internal Revenue Service,    Office of Chief Counsel,    8701 South Gessner,    Suite 710,
                  Ste. 710,    Houston, TX 77074-2944
cr              +Iron Mountain Information Management, Inc.,    Attn: R. Frederick Linfesty, Esq.,
                  745 Atlantic Avenue, 10th Floor,    Boston, MA 02111-2735
cr              +JP Morgan Securities Inc.,    c/o Mark D. Manela,    Mayer Brown LLP,    700 Louisiana, Suite 3400,
                  Houston, TX 77002-2798
cr              +James J. Mermis,    c/o Shari L. Heyen,    Greenberg Traurig, LLP,
                  1000 Louisiana Street, Suite 1700,    Houston, TX 77002-5001
3pd             +James Mermis,    300 West 6th Street,    Suite 2100,    Austin, TX 78701-3911
cr               L&L Oil and Gas Services LLC,    c/o Scott J. Scofield,    P. O. Drawer 3028,
                  Lake Charles, LA 70602-3028
cr              +Lexington Insurance Company,    c/o Baker & Hostetler, LLP,    ATTN: Pamela Gale Johnson,
                  1000 Louisiana,   Suite 2000,    Houston, TX 77002-5018
cr              +Louis E. Schaefer, Jr.,    C/O Edward L. Ripley,    King & Spalding LLP,    1100 Louisiana,
                  Suite 4000,    Houston, TX 77002-5213
cr              +Lowe Offshore International, Ltd.,    c/o Terry L. Lowe, Esq.,    12650 Crossroads Park Dr,
                  Houston, TX 77065-3416
intp            +Lugenbuhl Wheaton Peck Rankin & Hubbard,    601 Poydras Street, Suite 2775,
                  New Orleans, LA 70130-6041
cr              +M/V MARC C, LLC,    P.O. BOX 438,    CUT OFF, LA 70345-0438
cr              +Mako Technologies, Inc.,    P.O. Box 3186,    Morgan City, La 70381-3186
cr              +Marine Surveys, L.L.C.,    403 Mecca Drive,    Lafayette, LA 70508-3307
cr              +Merrill Lynch, Pierce, Fenner & Smith, Inc.,    c/o Mark D. Manela,    Mayer Brown LLP,
                  700 Louisiana, Suite 3400,    Houston, TX 77002-2798
crcm            +Official Committee of Unsecured Creditors,    c/o Liskow & Lewis,    1001 Fannin Street, Site 1800,
                  Houston, TX 77002-6706
trnsfee         +Omni Partners LLC,    18 South Windsail Place,    The Woodlands, TX 77381-3329
cr              +Palmer Interests, LLC,    c/o Susan C. Mathews,    Adams and Reese LLP,    1221 McKinney, Suite 4400,
                  Houston, TX 77010-2023
cr              +Pasadena Independent School District,    c/o Law Office of Dexter D. Joyner,    4701 Preston Ave,
                  Pasadena, Tx 77505-2050
trnsfor          Peters & Associates Inc,    740 David Drive,    Ste B,    Morgan City, LA  70380-1302
trnsfor         +Quality Control Specialist Inc,    P O Box 52104,    Lafayette, LA 70505-2104
cr              +RDE-SJE & Company Ltd,    9514 Tallow Court,    Missouri City, TX 77459-6667
cr              +Randall James Wooley,    217 N Cedar St,    Lockport, LA 70374-2152
cr              +Redfish Rentals, Inc.,    c/o Johnson DeLuca Kennedy & Kurisky PC,    1221 Lamar, Suite 1000,
                  Houston, TX 77010-3050
stkhld          +Riverside Contracting, LLC,    c/o Matthew S. Okin,    Okin Adams & Kilmer LLP,
                  1113 Vine St., Suite 201,    Houston, TX 77002-1045
cr              +Robert Osmundson,    c/o Genovese Joblove & Battista,    100 S.E. 2nd St, 44th FL,
                  Miami, FL 33131-2100
cr               Ryan Marine Services, Inc.,    7500 Harborside Drive,    Galveston, tx  77554-2876
cr              +Schaefer Holdings GP, LLC,    1021 Main Street, Suite 1150,    Houston, TX 77002-6508
cr              +Sea Construction Ltd.,    c/o Chaffe McCall, L.L.P.,    815 Walker, Suite 953,
                  Houston, TX 77002-5735
cr               Seabaord Controls, Inc.,    P.O. Box 1869,    Crosby, TX  77532-1869
cr              +Seatronics, Inc.,    c/o Craig H. Cavalier,    3355 West Alabama Street, Ste. 1160,
                  Houston, TX 77098-1871
cr              +Secured Data Solutions,    2002 Timberloch Place,    Suite 420,    The Woodlands, TX 77380-1187
intp            +Stephen Brown,    c/o Eric J. Taube,    Hohmann, Taube & Summers, L.L.P.,
                  100 Congress Ave., Suite 1800,    Austin, TX 78701-4042
fa              +Strategic Capital Corporation,    4265 San Felipe,    Suite 450,    Houston, TX 77027-2937
cr              +Superior Energy Services, Inc. and Superior Energy,    c/o William B. Masters, Esq.,
                  General Counsel,    1105 Peters Road,    Harvey, LA 70058-1716
cr              +Tech Oil Products, Inc.,    4308 West Admiral Doyle Drive,    New Iberia, LA 70560-9132
cr              +Templet & Templet Welding Supply, Inc.,    c/o Bruce J. Ruzinsky,    Jackson Walker LLP,
                  1401 McKinney, Suite 1900,    Houston, TX 77010-1900
crcmch          +Terry Braud,    P.O. Box 3800,    Houma, LA 70361-3800
cr              +Texas Workforce Commission,    Jay Hurst,    P.O. Box 12548,    Austin, TX 78711-2548
cr              +The Insurance Company of the State of Pennsylvania,    c/o Baker & Hostetler, LLP,
                  ATTN: Pamela Gale Johnson,    1000 Louisiana,    Suite 2000,    Houston, TX 77002-5018
cr              +Thomas P Randolph,    4924 S 10th St,    Manitowoc, WI 54220-9121
cr              +Thomas Roberts,    c/o Eric J. Taube,    Hohmann, Taube & Summers, L.L.P.,    100 Congress Ave.,
                  Suite 1800,    Austin, TX 78701-4042
cr              +Time Warner Telecom Inc,    10475 Park Meadows Dr #400,    Littleton, CO 80124-5454
cr              +Troy Trahan,    P O Box 555,    Lake Arthur, LA 70549-0555
cr              +Unique System, L.L.C.,    Attn: Patricia W. Prewitt,    Locke Lord Bissell & Liddell, LLP,
                  3400 JPMorgan Chase Tower,    600 Travis Street,    Houston, TX 77002-3009
cr              +William Jacob Management, Inc.,    c/o Crady, Jewett & McCulley, LLP,
                  2727 Allen Parkway, Suite 1700,    Houston, TX 77019-2125
```

```
District/off: 0541-4          User: adol               Page 3 of 4                 Date Rcvd: Mar 22, 2011
                              Form ID: pdf002          Total Noticed: 103


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: SPECK@LAWLA.COM Mar 22 2011 20:41:23      Stewart F Peck,   Lugenbuhl Wheaton et al,
                 601 Poydras St,   Ste 2775,   New Orleans, LA 70130-6041
cr             +E-mail/Text: JEFF.BERLAT@BGLLP.COM Mar 22 2011 20:41:09      Bracewell & Giuliani LLP,
                 711 Louisiana St., Ste. 2300,   Houston, TX 77002-2849
cr             +E-mail/Text: HJustus@daca4.com Mar 22 2011 20:42:44
                 Debt Acquisition Company of America V, LLC,   1565 Hotel Circle South,   Suite 310,
                 San Diego, CA 92108-3419
acc            +E-mail/Text: enotify@pkftexas.com Mar 22 2011 20:41:35      Gary J Voth,
                 Pannell Kerr Forster of Texas PC,   5847 San Felipe, Suite 2400,   Houston, TX 77057-3163
cr             +E-mail/Text: jjwilliams@haincapital.com Mar 22 2011 20:40:46      Hain Capital Group, LLC,
                 301 Route 17,   6th Floor,   Rutherford, NJ 07070-2599
cr             +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Mar 22 2011 20:41:23      Liquidity Solutions, Inc,
                 One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
cr             +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Mar 22 2011 20:41:23      Revenue Management,
                 One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Bruce Lucas
aty             Jeffrey Klafter
aty             Kurt B Olsen
cr              ARC Controls, Inc
stkhld          Ad Hoc Group of Equity Holders
cr              AirPlus International, Inc
cr              Airgas Gulf States, Inc
cr              Andre Blaauw
intp            Cal Dive International, Inc.
cr              Cannata's Supermarket, Inc
intp            Celebrity Maritime Co.
cr              Charles Ognar
cr              Cheniere Energy Inc
cr              Cross Logistics Inc
cr              Cross Maritime Inc
cr              CrossMar Inc
intp            Darrell Cline
cr              David Weinhoffer
cr              Dennard Rupp Gray & Easterly, LLC
cr              Dyonyx, L.P.
cr              Entergy Gulf States Louisiana, L.L.C.
cr              FIBA Technologies Inc
cr              Fair Liquidity Partners, LLC
cr              Gear Services Inc
intp            Global Industries Offshore, L.L.C.
cr              Globaltech Consultants, Inc.
cr              Globaltech Offshore
intp            Gulf States Transportation LLC
cr              Gulmar Offshore Middle East, LLC
cr              H Clarkson & Company Limited
intp            H Malcolm Lovett, Jr
op              H. Malcolm Lovett, Jr. - Plan Agent
cc              Hornbeck Offshore Services, LLC
cr              Hornbeck Offshore Services, LLC
cr              Hunt Telecommunications LLC
cr              Infinity Investment Funds, LLC
cr              Integra Services Technologies Inc
cr              Integrated Data Systems Inc
cr              Khalifa A. Algosaibi Diving and Marine Services Co
trnsfor         Memorial Medical Center
intp            Mirador Funds, L.P.
cr              Morgan Sanders
intp            Nathan Stelly
intp            Nicholas Jenkins
cr              Odyssea Marine Inc
stkhld          Official Committee of Equity Security Holders
intp            PHI, Inc.
cr              Patrice Chemin
intp            Petroleum Marine Services Co,   c/o MagdyEl Wakil,   c/o Youssef Esmat
cr              Pharma-Safe Industrial Services Inc
cr              Pharma-Safe LLC
intp            Post Confirmation Equity Subcommittee
crcm            Post-Confirmation Comitee
cr              R Joshua Koch
trnsfee         Riverside Claims LLC
cr              Roger D. Burks
cr              Schaefer Holdings, LP
cr              Seagull Marine, Inc.
```

```
District/off: 0541-4          User: ado1                 Page 4 of 4              Date Rcvd: Mar 22, 2011
                              Form ID: pdf002            Total Noticed: 103

            ***** BYPASSED RECIPIENTS (continued) *****
 intp         Siem Offshore, Inc.
 cr           South Louisiana Electric Cooperative Association,
 cr           Southern Steel & Supply, L.L.C.
 cr           State National Insurance Company
 trnsfor      Subsea Technologies Inc
 cr           Subtech Diving, Ltd.
 cr           Subtech Marine, Ltd.
 cr           Subtech Offshore, Ltd.
 cr           Thomas Christopher Patton
 intp         Tobago LLC
 cr           Transoceanic Shipping
 cr           Tudor Pickering Holt & Co. Securities, Inc.
 cr           Wilhelmsens Ships Service
 cd*         +Superior Offshore International, Inc.,   717 Texas Avenue, Suite 3150,   Houston, TX 77002-2837
 trnsfor    ##+DeepSea Power & Light,   3855 Ruffin Rd,   San Diego, CA 92123-1813
                                                                                      TOTALS: 71, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**                       **Signature:**  _/s/ Joseph Speetjens_