UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | Case No. 08-32590-H2-11 |
| INTERNATIONAL, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### MOTION TO DISALLOW LATE-FILED PROOFS OF INTEREST

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Marvin Isgur,
Chief United States Bankruptcy Judge:**

H. Malcolm Lovett, Jr., the plan agent under the confirmed plan of liquidation, (the "Plan Agent") files this Motion to Disallow Late-Filed Proofs of Interest.

### Nature of the Motion

1. By Order entered January 4, 2011, the Court established a procedure for the submission of proofs of interest. Under the terms of the Court's order, late-filed proofs of interest were automatically disallowed. For administrative purposes, the Plan Agent seeks an order specifically disallowing the proofs of interest received by the Plan Agent after the deadline. This motion is being sent to each party submitting a proof of interest after the deadline in order

to provide them an opportunity to tell the Court why the Court's prior order is not applicable to their specific situation.

## Relevant Background

2. On April 24, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. By Order entered July 28, 2008, the Court established a bar date for filing proofs of claim [Docket No. 671]. With respect to proofs of interest, the order states as follows:

> Any entity holding an interest in the Debtor (an "Interest Holder"), which interest is based exclusively upon the ownership of common stock (the "Interest"), need not file a proof of interest on or before the Bar Date or any government bar date, as applicable; …. The Debtor reserves the right to establish at a later time a bar date requiring Interest Holders to file proofs of interest. If such a bar date is established, Interest Holders will be notified of the bar date for filing of proofs of interest at the appropriate time.

3. On January 28, 2009, the Court entered an order confirming the First Amended Joint Chapter 11 Plan of Liquidation (the "Plan"). The Plan became effective on February 11, 2009. Pursuant to the Plan, all creditors in Classes 1-6 have been paid in full with interest.[1] Equity interests in the Debtor are classified as Class 8 – Interests.

4. On November 8, 2010, the Plan Agent and the Post-Confirmation Committee filed their Joint Motion to (i) Approve Procedure to Determine Holders of Class 8 Interests; and (ii) Establish a Bar Date and Noticing Procedures for Class 8 Interests [Docket No. 2201]. By Order entered January 4, 2011, the Court approved a procedure for the submission of proofs of interest (the "Procedures Order") [Docket No. 2212].

5. The Procedures Order provides, in part, the following:

> 2. **February 28, 2011 (the "Class 8 Bar Date")** is the deadline for filing proofs of interest against Superior Offshore International, Inc.

---

[1] Class 7 – Subordinated Securities Claims is comprised primarily of a proof of claim filed on behalf of a putative class in a pending securities fraud lawsuit before U.S. District Judge Nancy Atlas (the "Securities Litigation"). A settlement has been reached in the Securities Litigation. As part of the settlement, the class proof of claim is being withdrawn.

6. On or before the Bar Date, each current beneficial holder of a Class 8 – Equity Interest must submit to the Plan Agent an original and completed proof of interest using the form attached hereto as **Exhibit 2**. The proof of interest must be accompanied by a stock certificate, brokerage statement or other documentary evidence reflecting the interest holder's ownership as of the date of the proof of interest.

7. The completed original proof of interest and accompanying documentation must be actually received by H. Malcolm Lovett, Jr., Plan Agent, c/o David R. Jones, Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, Texas 77002 by 5:00 p.m. (Houston Time) on the Bar Date. Facsimile and electronic mail copies will not be accepted.

8. Proofs of interest that are not timely filed or signed and supported by a stock certificate, brokerage statement or other documents reflecting the interest holder's ownership as of the date of the proof of interest will be ineffective to assert a Class 8 – Interest. **The failure to timely follow the foregoing procedure shall result in the automatic disallowance of the Class 8 – Interest and the holder of such interest is forever barred from receiving any distribution under the Plan** (emphasis added).

6. The Plan Agent received the following proofs of interests after the Class 8 Bar Date:

| Date Received | Name | Shares |
|---|---|---|
| 03/01/11 | Garrett Mulder | 300 |
| 03/01/11 | Michael Stephan Damron IRA Rollover | 800 |
| 03/01/11 | Gloria Jane Damron IRA Rollover | 4,000 |
| 03/01/11 | Michael Stephan Damron TTEE B Trust Share #3 of Ted M. Damron | 100 |
| 03/01/11 | Beverly Louise Damron | 1,000 |
| 03/01/11 | Joseph Michaels 401(k) | 1,000 |
| 03/01/11 | William M. Connell Rollover IRA | 300 |
| 03/01/11 | James A. Rexrode | 100 |
| 03/01/11 | William Hoyler Pfeiffer IRA | 400 |
| 03/01/11 | Steve and Janice Flader | 100 |
| 03/01/11 | Don R. Clemens IRA | 1,300 |
| 03/01/11 | Nancy C. Tattersall IRA | 50 |
| 03/01/11 | Curtis H. Parks | 200 |
| 03/01/11 | Anthony Breault | 100 |
| 03/01/11 | Paul A. Clifford | 30 |

| Date Received | Name | Shares |
|---|---|---|
| 03/02/11 | Patsy S. Law Trust Account | 500 |
| 03/02/11 | Dr. William S. Friedman | 500 |
| 03/02/11 | Oren Rosenthal | 425 |
| 03/03/11 | Richard Bezozo | 500 |
| 03/03/11 | IRA FBO Joel Adelman | 100 |
| 03/03/11 | Lois J. Carmi | 60 |
| 03/04/11 | Rene Dehondt | 200 |
| 03/04/11 | IRA FBO William J. Follett | 1,000 |
| 03/07/11 | Joseph H. Beste and Janice A. Beste | 800 |
| 03/07/11 | Steve Marotta | 250 |
| 03/07/11 | Gustave J. Salerm | 300 |
| 03/11/11 | Dale W. Goddard | 600 |
| 03/15/11 | Aaron E. Shelden & Millicent R. Shelden TTEES, The Shelden Family Trust | 500 |
| 03/19/11 | Wendy M. Perry and Michael E. Perry JTWROS | 50 |
| 03/21/11 | Edward H. Acke SDIRA Rollover | 500 |
| 03/23/11 | Elizabeth Nelson Plott | 400 |
| 03/23/11 | Joseph G. Calhoun Rolth IRS | 30,000 |
| 03/23/11 | Lynn A. Calhoun, Custodian, Ryan J. Calhoun UTMA | 5,000 |
| 03/23/11 | Lynn A. Calhoun, Custodian, Griffin P. Calhoun UTMA | 5,000 |
| 03/23/11 | Joseph G. Calhoun and Lynn A. Calhoun JT TEN | 3,000 |
| 03/24/11 | Randy Putman Rollover IRA | 9,500 |
| 03/28/11 | Frank Bramson Living Trust (Custody Account) | 250 |
| 03/30/11 | IRA FBO Wayne L. Runk | 58 |
| 04/01/11 | Randy Putman | 20,000 |
| 04/01/11 | John R. Morella, Sr. IRA | 100 |

### Request for Disallowance of Late-Filed Proofs of Interest

7. The Procedures Order is final and non-appealable. The language of the Procedures Order is clear and unambiguous. In order to proceed with the distribution process, however, the Trustee seeks an order specifically disallowing all proofs of interest received after

the Class 8 Bar Date. This process will also provide the affected parties an opportunity to address the Court regarding their individual situations.

### Relief Requested

The Plan Agent requests that the Court (i) disallow the proofs of interest received by the Plan Agent after the Class 8 Bar Date; and (ii) grant such other relief as set forth above.

**Dated: April 12, 2011.**

        **Porter Hedges LLP**

By: _/s/ David R. Jones ECF_
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan Agent**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument shall be duly served (i) by first class mail to all of the parties listed on the attached Service List; and (ii) by electronic transmission to all registered ECF users appearing in this case on April 12, 2011.

_/s/ David R. Jones ECF_
David R. Jones

## Service List

Garrett Mulder
3242 Eden St.
Camp Lejeune, NC 28547-1406

Michael Stephan Damron
332 Lotus Loop
Hot Springs, AR 71901-9218

Gloria Jane Damron
332 Lotus Loop
Hot Springs, AR 71901-9218

Michael Stephan Damron TTEE B Trust
Share #3 of Ted M. Damron
332 Lotus Loop
Hot Springs, AR 71901-9218

Beverly Louise Damron
332 Lotus Loop
Hot Springs, AR 71901-9218

Joseph Michaels
1111 Grand Ave
Everett, WA 98201

William M. Connell
P.O. Box 1523
Port Salerno, FL 64992-1523

James A. Rexrode
14703 Oakbend Dr.
Houston, TX 77079-6418

William Hoyler Pfeiffer
25650 Island Lake Dr.
Novi, MI 48374-2175

Steve and Janice Flader
2003 White Rock Circle
Spring Hill, TN 37174

Don R. Clemens
225 W. Germantown Pike
Plymouth Meeting, PA 19462-1429

Nancy C. Tattersall
26 Beach Dr.
San Rafael, CA 94901-2506

Curtis H. Parks
3609 Green Valley Rd.
Ijamsville, MD 21754

Anthony Breault
1890 Sunset Ct.
West Linn, OR 97068

Paul A. Clifford
193 Lee Road 560
Smiths, AL 36877-2258

Patsy S. Law
98 Winson Ave.
Englewood, FL 34223

Dr. William S. Friedman
116 Main St.
P.O. Box 478
Westminster, MA 1473

Oren Rosenthal
1622 Highland Oaks Dr.
Arcadia, CA 91006-1833

Richard Bezozo
6 Conifer Dr.
Warren, NJ 07059-5062

Joel Adelman
2409 Allen Blvd.
Beachwood, OH 44122

Lois J. Carmi
861 Carnation
Billings, MO 65610

Rene Dehondt
2330 Dove Hollow Dr.
Shreveport, LA 71118

## Service List

William J. Follett
52 Knollwood Road
West Hartford, CT 6110

Joseph H. Beste and Janice A.Beste
10335 Big Chippewa Rd. NW
Brandon, MN 56315

Steve Marotta
306 Lagoon Dr.
Copiague, NY 11726-5407

Gustave J. Salerm
Argentina

Dale W. Goddard
26 Seymour St.
Middlebury, VT 5753

Aaron E. Shelden & Millicent R. Shelden TTEES
The Shelden Family Trust
16130 Ventura Blvd., #650
Encino, CA 91436

Wendy M. Perry and Michael E. Perry
4073 Dewaal St.
Evans, GA 30809-8408

Edward H. Acke
1460 Badovinac Dr.
Roseville, CA 95747-6048

Elizabeth Nelson Plott
217 W. Queensbury Lane
Florence, AL 35630

Joseph G. Calhoun
2903 Pecan Ridge Dr.
Sugar Land, TX 77479

Lynn A. Calhoun, Custodian, Ryan J. Calhoun UTMA
2903 Pecan Ridge Dr.
Sugar Land, TX 77479

Lynn A. Calhoun, Custodian, Griffin P. Calhoun UTMA
2903 Pecan Ridge Dr.
Sugar Land, TX 77479

Joseph G. Calhoun and Lynn A. Calhoun
2903 Pecan Ridge Dr.
Sugar Land, TX 77479

Randy Putman
1806 Linfield Way
Houston, TX 77058

Frank Bramson Living Trust
6596 Allison Road
Miami Beach, FL 33141

Wayne L. Runk
106 Red Pump Rd.
Bel Air, MD 21014-1915

John R. Morella, Sr.
303 Kings Cove Cir
Lafayette, LA 70508