

**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com

April 11, 2011

United States District Court
Southern District of Texas
RECEIVED

APR 18 2011

Clerk of Court

United States Bankruptcy Court, Southern District Houston Division
515 Rusk Ave.,
Houston, TX 77002

Re: Superior Offshore International, Inc. and J. Malcolm Lovett, Jr., Debtors/Pltfs. vs. Louis E. Schaefer, Jr., et al. including Schaefer Holdings, GP, LLC, Dfts.

Case No. 0832590

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,


Megan Nichols
Corporate Operations Specialist

Log# 518332764

FedEx Tracking# 794635244215

cc: David Ronald Jones
    1000 Main Street,
    36th Floor,
    Houston, TX 77002-6336



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/01/2011

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-32590 |
| SUPERIOR OFFSHORE | § | Chapter 11 |
| INTERNATIONAL, INC., | § | |
| | § | Jointly Administered Order |
| Debtor(s). | § | Judge Isgur |

## ORDER SETTING CONTEMPT HEARING AND REQUIRING PERSONAL ATTENDANCE

The Court will conduct a hearing on the Plan Agent's Unopposed Motion for an Order of Civil Contempt Against Triumph Marine, Inc. and Robert S. Reich. The Plan Agent has alleged that Triumph and Reich have intentionally violated this Court's confirmation order by proceeding with litigation arising out of Superior's pre-petition conduct. Neither Triumph nor Reich have responded to the Plan Agent's motion. The motion attaches documents that appear to establish a prima facie case by the Plan Agent.

Despite the failure to respond and the gravity of the allegations as supported by the documents attached to the motion, the Court will not hold Triumph or Reich in contempt without conducting a hearing. Accordingly, the Court orders:

1. The civil contempt hearing will be on April 6, 2011 at 1:30 p.m.

2. Reich is ordered personally to attend.

3. Triumph's chief executive officer is ordered personally to attend.

4. Telephonic appearances will not be allowed.

5. Reich and Triumph are urged to retain counsel.

6. Appearances through counsel will not satisfy the requirement of personal attendance.

7. The hearing will be evidentiary.

8. Failure to comply with this order will likely result in an order to the United States Marshal to bring Reich and Triumph's chief executive officer before the Court.

SIGNED **April 1, 2011.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE