UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | CASE NO. 08-32590-H2-11 |
| INTERNATIONAL, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER**
(Docket No. 2221)

By Order entered April 1, 2011 [Docket No. 2227], the Court scheduled a hearing for April 6, 2011 to consider the Plan Agent's Motion for an Order of Civil Contempt Against Triumph Marine, Inc. ("Triumph") and Robert S. Reich ("Reich"). On April 5, 2011, the parties uploaded an agreed order resolving the motion [Docket No. 2231]. On April 6, 2011, the Court entered the proposed agreed order [Docket No. 2232].

On April 6, 2011, Reich filed a motion to reconsider the entry of Docket No. 2232. The motion was granted by Order entered April 6, 2011 [Docket No. 2237]. A hearing to consider the Plan Agent's motion for civil contempt was rescheduled for April 29, 2011 at 11:00 A.M. Prior to the hearing, the Plan Agent, Triumph and Reich reached a new agreement. The Court accepts the agreement. Accordingly, it is

**ORDERED THAT**:

1. Within 7 days of the entry of this Order, Reich, Album & Plunkett, LLC (the "Firm") shall pay to the Plan Agent in the amount of $15,000 (the "Payment"). The payment shall be made by cashier's check or money order. The payment shall be made payable to "H. Malcolm Lovett, Jr., Plan Agent" and delivered c/o David R. Jones, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002. In the event that the Firm fails to timely pay the foregoing, Reich and Triumph shall be jointly and severally liable.

2. The Payment shall be in full and final satisfaction of all fees and costs sought by the Plan Agent in his Motion for an Order of Civil Contempt Against Triumph Marine, Inc. and Robert S. Reich and the Court's Order entered at Docket No. 2237.

3. This Order may be enforced by the Plan Agent and his counsel and shall be a final judgment. The Plan Agent shall be entitled to all writs and processes necessary to enforce this Order.

SIGNED this _____ day of _____, 2011.

_____
**THE HONORABLE MARVIN ISGUR,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**AGREED AND ENTRY REQUESTED:**

_____
David R. Jones
Porter Hedges, LLP
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan Agent**


\_\_See attached_____
Brad J. Axelrod
McGlinchey Stafford PLLC
Louisiana Bar No. 24286
301 Main Street, 14th Floor
Baton Rouge, LA 70802
Direct: (225) 382-3648
Fax : (225) 343-3076
**Counsel for Robert S. Reich**


\_\_See attached_____
Robert S. Reich

**Triumph Marine, Inc.**

By: \_\_See Attached_____
Printed Name: _____
Title: _____

2

SIGNED this _____ day of _____, 2011.

_____
THE HONORABLE MARVIN ISGUR,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED AND ENTRY REQUESTED:**

_____
David R. Jones
Porter Hedges, LLP
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan Agent**

*/s/ Brad Axelrod*
Brad J. Axelrod
McGlinchey Stafford PLLC
Louisiana Bar No. 24286
301 Main Street, 14th Floor
Baton Rouge, LA 70802
Direct: (225) 382-3648
Fax : (225) 343-3076
**Counsel for Robert S. Reich**

*/s/*
Robert S. Reich

Triumph Marine, Inc.
By: _____
Printed Name: Reggie P. Melancon
Title: Pres./Owner

2