UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RECEIVED
MAY 04 2011
Clerk of Court

IN RE: )
)
SUPERIOR OFFSHORE )
INTERNATIONAL, INC. ) CHAPTER 11
)
)
Debtor, ) Case No.: 08-32590-H2-11
)

### RESPONSE OF ELIZABETH NELSON PLOTT TO MOTION TO DISALLOW LATE-FILED PROOFS OF INTEREST

COMES NOW the Interest Holder, Elizabeth Nelson Plott (hereafter, "Plott"), and files the following response to the Motion to Disallow Late-Filed Proofs of Interest filed by the Plan Agent:

1. As required by this court, Plott mailed via First Class U.S. Mail to the plan Agent the form and other required documentation prior to February 28, 2011.
2. The mailing was returned to Plott because of insufficient postage.
3. Plott mailed the materials, along with the envelope showing a post mark well before the Bar Date, to the Plan Agent.
4. Justice requires that this court allow Plott's proof of interest. She is a totally innocent victim of a fraud committed by the Debtor and she, in good faith, has attempted to comply with the order of this court. The Plan Agent is in possession of all necessary documents and this claim should be allowed and processed.

*Elizabeth Nelson Plott*
Elizabeth Nelson Plott
217 W. Queensbury Lane
Florence, AL 35630

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon each of the below listed counsel of record by U.S. Express Mail on this 2nd day of May, 2011

David R. Jones
PORTER HEDGES LLP
1000 Main, 36th Floor
Houston, TX 77002

Elizabeth Nelson Plott