UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
 §
SUPERIOR OFFSHORE § CASE NO. 08-32590-H2-11
INTERNATIONAL, INC., § (Chapter 11)
 §
   Debtor. §

## ORDER
(Docket No. _____)

1. The Motion to Disallow Unsupported Proofs of Interest is **GRANTED**.

2. The following proofs of interest are disallowed pursuant to the Court's Order entered January 4, 2011 [Docket No. 2212]:

| Index Number | Name | Shares |
|---|---|---|
| 13 | Daniel Myers | 2,500 |
| 15 | David and Linda Green | 1,180 |
| 20 | Margaret Ann Watkins | 1,700 |
| 46 | Frederick Freeman | 200 |
| 94 | Joseph K. Huenke IRA | 1,000 |
| 151 | Thomas Hogan IRA | 200 |
| 168 | Andrew L. Recchia | 150 |
| 175 | Gerald and Teresa Hodgson | 1,020 |
| 202 | Randolph Gordon | 200 |
| 218 | David P. Scheiderich IRA | 180 |
| 342 | David and Kimberly Howe | 6,000 |
| 359 | Arevig Caprielian | 95 |
| 366 | Frank J. Allbright | 1,000 |
| 428 | Charles Zamora | 30,000 |
| 430 | Daniel G. Webber | 1,000 |
| 456 | Kirk Rome IRA | 300 |
| 495 | Patricia Heath IRA | 250 |
| 496 | Jean Graham | 200 |
| 519 | Margaret Curley/Frank Kryza | 2,000 |
| 528 | Arni and Pamela Halling | 582 |
| 571 | Anthony Owens and Michael St. Clair | 350 |

| Index Number | Name | Shares |
|---|---|---|
| 585 | Marilyn Cantrell | 100 |
| 590 | Dan Turnwald IRA | 300 |
| 591 | Julius and Ruth Kasa | 700 |
| 592 | Stephanie Mouton | unknown |
| 594 | Marilyn Grigonis | unknown |

SIGNED this _____ day of _____, 2011.

_____
**THE HONORABLE MARVIN ISGUR,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**