IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

| | | |
|---|---|---|
| **SUPERIOR OFFSHORE** | * | **CASE NO. 08-32590-H2-11** |
| **INTERNATIONAL, INC.** | * | **(CHAPTER 11)** |
| **Debtor** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that considering the law and motion of counsel that Triumph Marine, Inc.'s Motion be and is hereby granted. Triumph Marine, Inc. is permitted to pursue its claim for contractual defense against Superior Offshore International, Inc. to the United States District Court for the Eastern District of Louisiana to the extent of available insurance coverage.

**HOUSTON, TEXAS,** this _____ day of _____, 2011.

_____
**UNITED STATES BANKRUPTCY JUDGE**