UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SUPERIOR OFFSHORE § | Case No. 08-32590-H2-11 |
| INTERNATIONAL, INC., § | (Chapter 11) |
| § | |
| Debtor. § | |

### WITHDRAWAL OF OBJECTION
### TO PROOF OF INTEREST FILED BY JEANETTE BIXLER

**To the Honorable Marvin Isgur,**
**Chief United States Bankruptcy Judge:**

H. Malcolm Lovett, Jr., the plan agent under the confirmed plan of liquidation, (the "Plan Agent") files this withdrawal of his objection to the proof of interest filed by Jeanette Bixler.

### Status and Withdrawal

1. On May 29, 2011, the Plan Agent filed his objection to the proof of interest submitted by Jeanette Bixler [Docket No. 2255]. In the objection, the Plan Agent requested that Ms. Bixler's ownership of Superior Stock be modified from 400 to 200 shares. On June 3, 2011, the Plan Agent received a signed modification from Ms. Bixler acknowledging her ownership of only 200 shares. Accordingly, the objection is no longer necessary and is withdrawn.

Dated: June 4, 2011.

**Porter Hedges LLP**

By: _____
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., Plan Agent**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument shall be duly served (i) by first class mail to Jeanette Bixler, 343 Lamplighter Lane, Great Falls, MT 59405 on June 6, 2011; and (ii) by electronic transmission to all registered ECF users appearing in this case on June 4, 2011.

_____
David R. Jones