

ENTERED
06/21/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

| | | |
|---|---|---|
| **SUPERIOR OFFSHORE** | * | CASE NO. 08-32590-H2-11 |
| **INTERNATIONAL, INC.** | * | (CHAPTER 11) |
| Debtor | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED** that Lawrence R. Plunkett, Jr. (La. Bar #23869) of the firm of REICH, ALBUM & PLUNKETT, L.L.C., Two Lakeway Center, Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, be enrolled as additional counsel of record in this matter.

**HOUSTON, TEXAS,** this __21__ day of __June_____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

1