IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CASE NO. 08-32590-H1-11 § | DEBTOR: <u>Superior Offshore International, Inc.</u> |
| § | |
| WITNESS: § | JUDGE: <u>Marvin Isgur</u> |
| § | CTRM STAFF: |
| <u>H. Malcolm Lovett, Jr.</u> § | |
| § | DATE: <u>June 29, 2011 at 1:30 p.m.</u> |
| § | |
| § | PARTY'S NAME: <u>H. Malcolm Lovett, Jr., Plan Agent</u> |
| § | |
| § | ATTY'S NAME: <u>D. Jones/J. Wolfshohl</u> |
| § | |
| § | NATURE OF PROCEEDING: <u>Motion to Amend the Plan Injunction</u> |

**PLAN AGENT'S EXHIBIT LIST**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | December 3, 2008 Joint Motion to Continue Trial Date and Reset Pre-Trial Deadlines with Incorporated Memorandum in Support | | | | | | |
| 2. | Triumph's Proof of Claim (Claim No. 530) | | | | | | |
| 3. | July 23, 2009 letter from J. Wolfshohl to R. Reich | | | | | | |
| 4. | October 25, 2010 Complaint | | | | | | |
| 5. | November 17, 2010 letter from J. Wolfshohl to R. Reich | | | | | | |
| 6. | December 22, 2010 letter from L. Plunkett to J. Wolfshohl | | | | | | |
| 7. | February 21, 2011 letter from J. Wolfshohl to L. Plunkett | | | | | | |
| 8. | March 2, 2011 letter from R. Reich to J. Wolfshohl | | | | | | |

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 9. | **March 2, 2011 email from J. Wolfshohl to R. Reich** | | | | | | |
| 10. | **Complaint and Summons** | | | | | | |
| 11. | **Motion for an Order of Civil Contempt Against Triumph Marine, Inc. and Robert Reich [Docket No. 2221] (without exhibits)** | | | | | | |
| 12. | **Agreed Order [Docket No. 2232]** | | | | | | |
| 13. | **Agreed Order [Docket No. 2244]** | | | | | | |
| | | | | | | | |
| | **Rebuttal Exhibits** | | | | | | |