UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR OFFSHORE | § | CASE NO. 08-32590 |
| INTERNATIONAL, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case Number: 08-32590 | Name of Debtor: Superior Offshore International, Inc. |
| Adversary Number: | Style of Adversary: |
| Witnesses: | Judge: Isgur |
| Randy Putman | Courtroom Deputy: Anita Dolezel |
| Joseph G. Calhoun | Hearing Date: June 29, 2011 |
| | Hearing Time: 1:30 p.m. |
| | Party's Name: Randy Putman, Joseph G. Calhoun, et al. |
| | Attorney's Name: Michael J. Durrschmidt |
| | Attorney's Phone Number: 713-220-9165 |
| | Nature of Proceeding: Objections to Proofs of Interest Filed by Randy Putman and Joseph G. Calhoun, et al. (docket no. 2240) |

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Proofs of Interest filed by Joseph G. Calhoun | | | | |
| B | Proof of Interest filed by Randy Putman | | | | |

Respectfully submitted this 28th day of June, 2011.

                          HIRSCH & WESTHEIMER, P.C.

                          By:  /s/  Michael J. Durrschmidt
                                Michael J. Durrschmidt
                                Texas Bar No. 06287650
                                700 Louisiana, Suite 2550
                                Houston, Texas 77002
                                Telephone: 713-220-9165
                                Facsimile:  713-223-9319
                                E-mail: mdurrschmidt@hirschwest.com

Counsel for Randy Putman and Joseph G. Calhoun, et al.