**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com

June 29, 2011

United States Courts
Southern District of Texas
FILED

JUL 0 7 2011

David J. Bradley, Clerk of Court

David Ronald Jones
1000 Main Street,
36th Flr,
Houston, TX 77002-6336

Re: Superior Offshore International, Inc., Debtor // To: Schaefer Holdings GP, LLC

Case No. 08-32590

Dear Sir/Madam:

We are returning the Order which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of TX on 08/02/2009. Service can no longer be taken for this entity.

Very truly yours,


Beatrice Casarez
Sr. Process Specialist

Log# 518752234

FedEx Tracking# 797253341000

cc: Southern District of Texas - United States Bankruptcy Court - Houston Division
    515 Rusk Ave.,
    Houston, TX 77002



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/21/2011

In re:

| | | |
|---|---|---|
| **SUPERIOR OFFSHORE INTERNATIONAL, INC.** Debtor | * * * * * | CASE NO. 08-32590-H2-11 (CHAPTER 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED** that Lawrence R. Plunkett, Jr. (La. Bar #23869) of the firm of REICH, ALBUM & PLUNKETT, L.L.C., Two Lakeway Center, Ste. 1000, 3850 N. Causeway Blvd., Metairie, Louisiana 70002, be enrolled as additional counsel of record in this matter.

**HOUSTON, TEXAS,** this 21 day of June, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

1

032242                    67305032274010

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

THU-67305 0541-4 pdf002 08-32590
David Ronald Jones
1000 Main Street
36th Flr
Houston, TX 77002-6336

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
In the
UNITED STATES BANKRUPTCY COURT

032242 32242 1 AT 0.362 77002 85 6782-0-32242
Schaefer Holdings GP, LLC
1021 Main Street, Suite 1150
Houston, TX 77002-6508