UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY YEAR 2011

| MONTH | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 | 0 | 997,001 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 37,982 | 109,468 | 66,100 | 121,598 | 101,238 | 162,477 |
| TOTAL DISBURSEMENTS (MOR-8) | 40,712 | 126,805 | 77,600 | 139,654 | 29,031,134 | 242,978 |

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee ***

Are all accounts receivable being collected within terms? Yes (No) CIRCLE ONE
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? (Yes) No  If so, describe. **Distributions have been made pursuant to the Plan.**
Are all funds received being deposited into DIP bank accounts? Yes No (N/A)
Were any assets disposed of outside the normal course of business? (Yes) No
If so, describe.  **Assets have been sold pursuant to bankruptcy court orders.**
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? **First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.**

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/12 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

ATTORNEY NAME: David Jones
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6653
Fax: 713-226-6253

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
TITLE ___Plan Agent___

MOR-1

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.　　　　CASE NUMBER: 08-32590-H2-11

## CASH RECEIPTS AND DISBURSEMENTS

| CASH RECEIPTS AND DISBURSEMENTS | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 33,454,485 | 33,416,239 | 33,344,664 | 33,340,868 | 33,264,682 | 4,235,058 (1) | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | | | 79,531,988 |
| 6. OTHER (attach list) | 2,466 | 55,230 | 73,803 | 63,468 | 1,510 | 125,216 | 5,099,451 |
| TOTAL RECEIPTS | 2,466 | 55,230 | 73,803 | 63,468 | 1,510 | 125,216 | 104,601,541 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (2) | 125 | - | - | - | - | - | 2,934,160 |
| 9. SECURED / RENTAL / LEASES | 2,067 | 2,067 | 2,082 | 2,082 | 2,175 | 2,175 | 295,141 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | - | - | 7,533 | - | - | - | 2,027,980 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 538 | 270 | 260 | 286 | 1,193 | 245 | 251,170 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | - | 15,000 | - | 15,688 | - | - | 799,738 |
| 17. OTHER (attach list) | - | - | - | - | - | - | 82,227 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,730 | 17,337 | 9,874 | 18,056 | 3,368 | 2,420 | 10,141,755 |
| 18. PROFESSIONAL FEES | 37,982 | 109,468 | 66,100 | 121,598 | 101,238 | 162,477 | 7,555,787 |
| 19. U.S. TRUSTEE FEES | - | - | - | - | - | 20,000 | 138,975 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | 1,625 | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | - | - | - | - | - | - | 50,782,615 |
| 23. CLASS 6 DISTRIBUTION | - | - | - | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | - | - | - | - | - | - | 3,707,774 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,301,714 |
| 26. CLASS 8 DISTRIBUTIONS | - | - | - | - | 28,926,529 | 58,080 | 28,984,609 |
| 27. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 40,712 | 126,805 | 77,600 | 139,654 | 29,031,134 | 242,978 | 104,890,796 |
| 28. NET CASH FLOW | (38,246) | (71,575) | (3,796) | (76,186) | (29,029,624) | (117,762) | (289,288) |
| 29. CASH - END OF MONTH (mor-2) | 33,416,239 | 33,344,664 | 33,340,868 | 33,264,682 | 4,235,058 | 4,117,296 | 4,117,296 |

* applies to Individual debtor's only.

(1) Reconciled beginning cash balance as of petition date
(2) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

MOR-7

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  CASE NUMBER: 08-32590-H2-11

## OTHER RECEIPTS

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|
| Interest Income | 2,466 | 2,730 | 2,553 | 2,818 | 1,510 | 216 |
| Goodcrane Distribution | - | 52,500 | 71,250 | - | - | - |
| Outside Directors Settlement | - | - | - | 45,650 | - | - |
| Triumph Marine Settlement | - | - | - | 15,000 | - | - |
| W. Robins Brice - returned arbitration fee | - | - | - | - | - | 5,000 |
| Veolia Settlement | - | - | - | - | - | 120,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Receipts | 2,466 | 55,230 | 73,803 | 63,468 | 1,510 | 125,216 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  
08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF JULY

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | |
| ACCOUNT TYPE | *DISBURSEMENT* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | *TOTAL* |
| BANK BALANCE | 527,639 | 2,683,775 | 1,107,932 | 4,319,346 |
| DEPOSIT IN TRANSIT | - | - | - | - |
| OUTSTANDING CHECKS | - | - | (202,050) | (202,050) |
| ADJUSTED BANK BALANCE | 527,639 | 2,683,775 | 905,882 | 4,117,296 |
| BEGINNING CASH - PER BOOKS | 527,884 | 2,683,559 | 1,023,615 | 4,235,058 |
| RECEIPTS | - | 216 | 125,000 | 125,216 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | - |
| CHECKS / OTHER DISBURSEMENTS | (245) | - | (242,732) | (242,978) |
| ENDING CASH - PER BOOKS | 527,639 | 2,683,775 | 905,882 | 4,117,296 |

MOR-8

CASE NAME:  SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY |
|---|---|---|---|---|---|---|
| 1. David Weinhoffer/Former EVP/Class 8 Distribution | - | - | - | - | 112,500 | - |
| 2. John Guarisco/Former VP CAO LA/Class 8 Distribution | - | - | - | - | 884,501 | - |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | - | - | - | - | 997,001 | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | 13,604 | 76,399 | - | 60,502 | 79,738 | 87,343 |
| 2. Strategic Capital Corporation | - | 14,335 | 42,787 | 38,194 | - | 57,211 |
| 3. Pannell Kerr Forster of Texas, PC | - | - | 4,180 | 11,218 | 4,025 | 4,315 |
| 4. Lowenstein Sandler, PC | 24,378 | 18,735 | 19,134 | 11,685 | 17,475 | 13,608 |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 37,982 | 109,468 | 66,100 | 121,598 | 101,238 | 162,477 |

MOR-9