UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

Petition Date: APRIL 24, 2008

CASE NUMBER: 08-32590-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH SEPTEMBER YEAR 2011

| MONTH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE INT., DEPREC./TAX (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| NET INCOME (LOSS) (MOR-6) | (1) | (1) | (1) | (1) | (1) | (1) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 997,001 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 66,100 | 121,598 | 101,238 | 162,477 | 41,776 | 73,305 |
| TOTAL DISBURSEMENTS (MOR-8) | 77,600 | 139,654 | 29,031,134 | 242,978 | 334,125 | 76,870 |

\*\*\* The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee \*\*\*

Are all accounts receivable being collected within terms? Yes (No) CIRCLE ONE
Are all post-petition liabilities, including taxes, being paid within terms? Yes (No) If so, describe.
Have any pre-petition liabilities been paid? (Yes) No If so, describe. Distributions have been made pursuant to the Plan.
Are all funds received being deposited into DIP bank accounts? Yes No (N/A)
Were any assets disposed of outside the normal course of business? (Yes) No
If so, describe. Assets have been sold pursuant to bankruptcy court orders.
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? First Amended Joint Chapter 11 Plan of Liquidation was filed December 16, 2008 and was confirmed effective February 11, 2009.

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES (X) NO ( ) | 04/01/12 |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER - DIRECTOR/OFFICER | YES ( ) NO (X) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
TITLE _Plan Agent_

ATTORNEY NAME: Joshua W. Wolfshohl
FIRM: Porter & Hedges, LLP
Address: 1000 Main Street
Address: 36th Floor
City, State, ZIP: Houston, TX 77002-6336
Telephone: 713-226-6695
Fax: 713-226-6295

MOR-1

(1) Certain portions of the Monthly Operating Report no longer required due to Confirmation of the Plan of Reorganization.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.  
CASE NUMBER: 08-32590-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 33,344,664 | 33,340,868 | 33,264,682 | 4,235,058 | 4,117,296 | 3,813,525 (1) | 4,406,584 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 19,970,103 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | | | 79,531,988 |
| 6. OTHER (attach list) | 73,803 | 63,468 | 1,510 | 125,216 | 30,355 | 123 | 5,129,928 |
| TOTAL RECEIPTS | 73,803 | 63,468 | 1,510 | 125,216 | 30,355 | 123 | 104,632,019 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. EMPLOYEE COMPENSATION AND BENEFITS | - | - | - | - | - | - | 2,283,781 |
| 8. SALES, USE & OTHER TAXES PAID (2) | - | - | - | - | - | - | 2,934,160 |
| 9. SECURED / RENTAL / LEASES | 2,082 | 2,082 | 2,175 | 2,175 | 2,175 | 2,175 | 299,491 |
| 10. UTILITIES | - | - | - | - | - | - | 94,389 |
| 11. INSURANCE | 7,533 | - | - | - | - | - | 2,027,980 |
| 12. TRAVEL | - | - | - | - | - | - | 44,650 |
| 13. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | - | 1,608 |
| 14. ADMINISTRATIVE & SELLING | 260 | 286 | 1,193 | 245 | 224 | 250 | 251,644 |
| 15. VESSEL COSTS | - | - | - | - | - | - | 1,326,912 |
| 16. CONTRACT SERVICES | - | 15,688 | - | - | - | 1,140 | 800,878 |
| 17. OTHER (attach list) | - | - | - | - | - | - | 82,227 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 9,874 | 18,056 | 3,368 | 2,420 | 2,399 | 3,565 | 10,147,719 |
| 18. PROFESSIONAL FEES | 66,100 | 121,598 | 101,238 | 162,477 | 41,776 | 73,305 | 7,670,869 |
| 19. U.S. TRUSTEE FEES | 1,625 | - | - | 20,000 | - | - | 138,975 |
| 20. PAYMENTS TO LIEN AND ADMINISTRATIVE CLAIMANTS PER COURT ORDERS | - | - | - | - | - | - | 1,694,353 |
| 21. PAYMENTS PRIORITY TAX AND PRIORITY NON-TAX CLAIMANTS PURSUANT TO THE PLAN | - | - | - | - | - | - | 492,105 |
| 22. CLASS 5 GENERAL UNSECURED DISTRIBUTIONS | - | - | - | - | - | - | 50,782,615 |
| 23. CLASS 6 DISTRIBUTION | - | - | - | - | - | - | 36,384 |
| 24. INTEREST DISTRIBUTION | - | - | - | - | - | - | 3,707,774 |
| 25. SETTLEMENT PAYMENTS | - | - | - | - | - | - | 1,301,714 |
| 26. CLASS 8 DISTRIBUTIONS | - | - | 28,926,529 | 58,080 | 289,950 | - | 29,274,559 |
| 27. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - | 54,725 |
| TOTAL DISBURSEMENTS | 77,600 | 139,654 | 29,031,134 | 242,978 | 334,125 | 76,870 | 105,301,792 |
| 28. NET CASH FLOW | (3,796) | (76,186) | (29,029,624) | (117,762) | (303,770) | (76,748) | (669,806) |
| 29. CASH - END OF MONTH (mor-2) | 33,340,868 | 33,264,682 | 4,235,058 | 4,117,296 | 3,813,525 | 3,736,778 | 3,736,778 |

* applies to Individual debtor's only.

(1) Reconciled beginning cash balance as of petition date  
(2) Payment of $2.7M tax relating to the 2008 Form 1042 paid in September 2009

MOR-7

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

OTHER RECEIPTS

| | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|
| Interest Income | 2,553 | 2,818 | 1,510 | 216 | 183 | 123 |
| Goodcrane Distribution | 71,250 | - | - | - | - | - |
| Outside Directors Settlement | - | 45,650 | - | - | - | - |
| Triumph Marine Settlement | - | 15,000 | - | - | - | - |
| W. Robins Brice - returned arbitration fee | - | - | - | 5,000 | - | - |
| Veolia Settlement | - | - | - | 120,000 | - | - |
| Transfer from Superior foreign subsidiary bank accounts | - | - | - | - | 30,172 | - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Other Receipts | 73,803 | 63,468 | 1,510 | 125,216 | 30,355 | 123 |

MOR-7 Cont.

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

08-32590-H2-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF SEPTEMBER

| BANK NAME | JP Morgan Chase | JP Morgan Chase | Amegy | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 686782087 | # 796702645 | # 3847047 | | |
| ACCOUNT TYPE | *DISBURSEMENT* | *DIP MONEY MARKET* | *DIP DISBURSEMENT* | | *TOTAL* |
| BANK BALANCE | 249,750 | 2,961,495 | 527,408 | | 3,738,653 |
| DEPOSIT IN TRANSIT | - | - | - | | - |
| OUTSTANDING CHECKS | - | - | (1,875) | | (1,875) |
| ADJUSTED BANK BALANCE | 249,750 | 2,961,495 | 525,533 | | 3,736,778 |
| BEGINNING CASH - PER BOOKS | 250,000 | 2,961,372 | 602,153 | | 3,813,525 |
| RECEIPTS | - | 123 | - | | 123 |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | | - |
| (WITHDRAWAL) CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | | - |
| CHECKS / OTHER DISBURSEMENTS | (250) | - | (76,620) | | (76,870) |
| ENDING CASH - PER BOOKS | 249,750 | 2,961,495 | 525,533 | | 3,736,778 |

MOR-8

CASE NAME: SUPERIOR OFFSHORE INTERNATIONAL, INC.

CASE NUMBER: 08-32590-H2-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER |
|---|---|---|---|---|---|---|
| 1. David Weinhoffer/Former EVP/Class 8 Distribution | - | - | 112,500 | - | - | - |
| 2. John Guarisco/Former VP CAO LA/Class 8 Distribution | - | - | 884,501 | - | - | - |
| 3. Randy Putman/Former CAO TX/Contract/Class 8 Distribution | - | - | - | - | 75,000 | - |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | - | - | 997,001 | - | 75,000 | - |

| PROFESSIONALS/NAME/ORDER DATE | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER |
|---|---|---|---|---|---|---|
| 1. Porter & Hedges, LLP | - | 60,502 | 79,738 | 87,343 | 21,145 | 22,154 |
| 2. Strategic Capital Corporation | 42,787 | 38,194 | - | 57,211 | - | 29,387 |
| 3. Pannell Kerr Forster of Texas, PC | 4,180 | 11,218 | 4,025 | 4,315 | - | 15,257 |
| 4. Lowenstein Sandler, PC | 19,134 | 11,685 | 17,475 | 13,608 | 20,631 | 6,507 |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 66,100 | 121,598 | 101,238 | 162,477 | 41,776 | 73,305 |

MOR-9